NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States*

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
JAN - 5 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | Case No. 2:21-cr- 2 -JAD-NJK |
| vs. | VIOLATION: |
| STEPHON JAMES WHITNEY, a.k.a. Stephone James Whitney, a.k.a. Steff Bizzle, a.k.a. Stef B, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
Felon in Possession of a Firearm
18 U.S.C. §§ 922(g)(1), 924(a)(2)

On or about September 2, 2020 in the State and Federal District of Nevada,

**STEPHON JAMES WHITNEY,
a.k.a. Stephone James Whitney,
a.k.a. Steff Bizzle,
a.k.a. Stef B,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Possession of a Stolen Vehicle, in the District Court of Nevada in Clark County, Nevada on or about July 16, 2009 in Case No. C-19-340689; Possession of a Controlled Substance with Intent to Sell, in the District Court of Nevada in Clark County, Nevada on or about July 16, 2009 in Case No. C-19-338650; and First Degree Kidnapping, Conspiracy to Commit Robbery, and Robbery with a Deadly Weapon, in the District Court of Nevada in Clark County, Nevada on or about March 26, 2008 in Case No. C-236921, knowingly possessed a firearm, that is: a Canik model TP9 SF Elite 9mm semiautomatic pistol bearing serial number 20BH02246, said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE ALLEGATION**
Felon in Possession of a Firearm
18 U.S.C. §§ 922(g)(1) and 924(a)(2)

1. The allegations of Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

STEPHON JAMES WHITNEY,
a.k.a. Stephone James Whitney,
a.k.a. Steff Bizzle,
a.k.a. Stef B,

1 | defendant herein, shall forfeit to the United States of America, any firearm or ammunition
2 | involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1):

    a. a Canik model TP9 SF Elite 9mm semiautomatic pistol bearing serial number 20BH02246;

    b. 2 9mm magazines;

    c. 100 9mm rounds; and

    d. any and all compatible ammunition.

All pursuant to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

DATED: this 5th day of January, 2021.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

By_____
DANIEL J. COWHIG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA