UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHON JAMES WHITNEY,
a.k.a. Stephone James Whitney,
a.k.a. Steff Bizzle,
a.k.a. Stef B,

    Defendant.

Case No.: 2:21-cr-2-JAD-NJK

**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for STEPHON JAMES WHITNEY (ID # 2647736)**

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of STEPHON JAMES WHITNEY, before the United States District Court at Las Vegas, Nevada, on or about IA/AP Tues 1/14/2021, at the hour of 2:30 p.m. in Courtroom 3D, for initial [2:30 p.m., VCF, 3D] appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: January 5, 2021

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@.usdoj.gov
Representing the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHON JAMES WHITNEY,
a.k.a. Stephone James Whitney,
a.k.a. Steff Bizzle,
a.k.a. Stef B,

Defendant.

Case No.: 2:21-cr- 2 - JAD NJK

**Petition for Writ of Habeas Corpus Ad Prosequendum for
STEPHON JAMES WHITNEY
(ID # 2647736)**

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Southern Desert Correction Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce STEPHON JAMES WHITNEY, before the United States District Court on or about __IA/AP Tues 1/19/2021__ t the hour of __2:30__, in Courtroom __3D__, for initial 2:30 p.m., VCF, 3D appearance regarding a Criminal Indictment.

STEPHON JAMES WHITNEY, is currently in the custody of the Warden, Southern Desert Correction Center, Las Vegas, Nevada.

On January 5, 2021, a federal grand jury in this District returned an Indictment in the above-captioned matter charging STEPHON JAMES WHITNEY.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce STEPHON JAMES WHITNEY, before this Court for the purpose of initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Southern Desert Correction Center Las Vegas, Nevada.

Respectfully submitted this 5th day of January, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

By_____
DANIEL J. COWHIG
Assistant United States Attorney

Attorneys for Plaintiffs
UNITED STATES OF AMERICA