# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHON JAMES WHITNEY,<br>a.k.a. Stephone James Whitney,<br>a.k.a. Steff Bizzle,<br>a.k.a. Stef B,<br><br><br>        Defendant | Case No.: 2:21-cr- ⱥ -JAD-NJK<br><br>**Writ of Habeas Corpus**<br>**Ad Prosequendum for**<br>**STEPHON JAMES WHITNEY**<br>  **(ID # 2647736)** |

TO:    WARDEN,
            SOUTHERN DESERT CORRECTIONAL CENTER
            LAS VEGAS, NEVADA
            UNITED STATES MARSHAL FOR THE DISTRICT OF
            NEVADA AND ANY OTHER UNITED STATES MARSHAL

### G R E E T I N G S

WE COMMAND that you have the body of STEPHON JAMES WHITNEY,

detained in the custody of the Warden, Southern Desert Correction Center, Las Vegas,

Nevada, before the United States District Court at the Lloyd D. George United States

Courthouse in Las Vegas, Nevada, on or about _IA/AP Tues 1/19/2021_ at the hour of
2:30 p.m., VCF, 3D

2:30 pm in Courtroom 3D, for initial appearance regarding a Criminal Indictment and

from time to time and day to day thereafter, at such times and places as may be ordered and

directed by the Court entitled above, until STEPHON JAMES WHITNEY, is released and

discharged by the said Court; and that you shall thereafter return STEPHON JAMES

1  WHITNEY, to the custody of the Warden, Southern Desert Correction Center, Las Vegas,

2  Nevada, under safe and secure conduct, and have you then and there this writ.

3  DATED: January 5, 2021

4

5  _____

6  HONORABLE NANCY J. KOPPE
   UNITED STATES MAGISTRATE JUDGE

7

8

9  CLERK OF COURT

10 Date: _ January 5, 2021

   _____
   *Signature of Clerk or Deputy Clerk*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2