___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 5 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE April 17, 2019 TERM. 19-01 | MINUTES OF COURT<br>DATE: January 5, 2021 @ 11:30 a.m. – 11:35 a.m. |

PRESENT:   The Honorable   Nancy J. Koppe  , U.S. Magistrate Judge.

DEPUTY CLERK:   Araceli Bareng     REPORTER:   Natasha Bachman

UNITED STATES ATTORNEY:   Allison Reese    COURTROOM:   3C

A roll call of the Grand Jury is taken with **18** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| 2:20-cr-346 GMN EJY<br>SEALED SUPERSEDING | 1 SEALED DEFENDANT | WARRANT |
| 2:21-cr-1 GMN BNW<br>2:20-mj-969 EJY | RICKON AMYON WADE<br>Aka: Ricky Wade | LOCAL FEDERAL CUSTODY |
| 2:21-cr 2 JAD NJK | STEPHEN JAMES WHITNEY<br>Aka: Stephone James Whitney<br>Aka: Steff Brizzle<br>Aka: Stef B | WARRANT – WRIT |
| 2:21-cr-3 APG EJY<br>2:20-mj- 885 VCF | JAIR DE JESUS LEON-LIMON | LOCAL FEDERAL CUSTODY |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:21-cr-1; and 2:21-cr-3** will be held on **Tuesday, January 12, 2021 @ 1:00 p.m.** before **MAGISTRATE JUDGE ELAYNA J. YOUCHAH in Courtroom 3D**.

**IT IS ORDERED** that the Initial Appearance /Arraignment & Plea as to: **2:21-cr-2** will be held on **Tuesday, January 19, 2021 @ 2:30 p.m.** before **MAGISTRATE JUDGE CAM FERENBACH in Courtroom 3D**.

Page 2

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk
United States District Court

/S/ Araceli Bareng

_____

Deputy Clerk