UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHON JAMES WHITNEY,<br><br>Defendant. | Case No.: 2:21-CR-00002-JAD-NJK<br><br>**ORDER APPOINTING COUNSEL** |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

JAN 22 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

The individual named below, having testified under oath or having otherwise satisfied this Court that he/she: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore,

**IT IS ORDERED** that YI LIN ZHENG, Esq. is hereby appointed to represent Defendant STEPHON JAMES WHITNEY.

**IT IS FURTHER ORDERED** that an attorney appointed under the Criminal Justice Act will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

DATED: this 22nd day of January, 2021.
*Nunc Pro Tunc*: January 6, 2021

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE