YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, Nevada 89102-0168
Phone: (702) 385-7170
VegasGoldenLaw@gmail.com
Attorney for Defendant

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 22 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEPHON WHITNEY,<br><br>　　　　　Defendant. | Case No.: 2:21-cr-00002-JAD-NJK-1<br><br>**DEFENDANT'S WAIVER OF TEMPORARY RIGHT TO CUSTODY UNDER THE INTERSTATE AGREEMENT ON DETAINER'S ACT** |

　　　　I, STEPHON WHITNEY, acknowledge my rights as provided by the Interstate Agreement on Detainer's Act. As a prisoner already incarcerated in another jurisdiction, the "anti-shuttling" provision of the Interstate Agreement on Detainer's Act, 18 U.S.C. app. 2, Art. IV(e), entitles me to temporary custody in the federal system so that prosecution against me for federal charges may be had. I understand that the federal government must not return me to my original place of imprisonment prior to trial. Thus, having been duly informed of these rights, I hereby waive my right to temporary federal custody in a suitable jail or other facility. Instead, I invoke the right to await federal prosecution in state custody.

　　　　DATED THIS 13th DAY OF January, 2021.

Signed by Yi Lin Zheng, Esq. as directed by
DEFENDANT, STEPHON WHITNEY