AO 442 (Rev. 01/09) Arrest Warrant

11221304

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
| v. | ) |
| STEPHON JAMES WHITNEY | ) Case No. 2:21-cr- |
| Defendant | ) |

FILED / RECEIVED / ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD
1/26/2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

REC'D USMS D/NV
2021 JAN 5 PM 1:07

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   STEPHON JAMES WHITNEY
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924(a)(2) ~ Felon in Possession of a Firearm

January 5, 2021, Las Vegas, NV

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

### Return

This warrant was received on *(date)* 1/5/2021 , and the person was arrested on *(date)* 1/22/2021
at *(city and state)* LAS VEGAS, NV

Date: 1/22/2021

_____
*Arresting officer's signature*
For ATF

_____
*Printed name and title*