**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley Veiw, Ste 16
Las Vegas, Nevada 89102
Phone: (702) 385-7170
VegasGoldenLaw@gmail.com
Attorney for Defendant
STEPHON JAMES WHITNEY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>                      Plaintiff,               )<br>                                                                )<br>           vs.                                             )<br>                                                                )<br>STEPHON JAMES WHITNEY,     )<br>                                                                )<br>                      Defendant.           )<br>_____ ) | CASE NO. 2:21-CR-002-JAD-NJK |

**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES,**
**CALENDAR CALL AND TRIAL DATE (First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS TRUTANICH, United States Attorney, and DANIEL COWHIG, Assistant United States Attorney, counsel for the United States of America, and YI LIN ZHENG, ESQ. counsel for STEPHON JAMES WHITNEY that the calendar call currently scheduled for March 15, 2021, at 1:30 p.m., and the trial currently scheduled for March 23, 2020, at 9:00 a.m., be vacated and continued for at least 90 days to a date and time convenient to this Court.

This stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct an investigation in this case, once discovery has been turned over to the defense, in order to determine whether there are

any pre-trial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations. Additional time is also needed to discuss potential resolution of any motions and/or resolve the case by way of plea negotiations.

2. Defendant STEPHON JAMES WHITNEY is in custody but has been advised and does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of discovery materials to be provided and to discuss the case with defendant. Communication is not easy as defendant is currently in quarantine awaiting transport back to the Nevada Department of Corrections, so that he may be scheduled for a State Parole Hearing in order to be returned to the Federal detainer.

4. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. §3161(h)(7); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B(i) and §3161(h)(7)(B)(iv).

5. This is the first request for a continuance filed herein.

DATED: February 17, 2021

| NICHOLAS TRUTANICH | VEGAS GOLDEN LAW |
| United States Attorney | Formerly Momot & Zheng |

*By /s/ Daniel Cowhig*  
DANIEL COWHIG  
Assistant United States Attorney  
Counsel for Plaintiff

*By /s/ Yi Lin Zheng*  
YI LIN ZHENG, ESQ.  
Counsel for STEPHON JAMES WHITNEY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,        )
                                 )   CASE NO. 2:21-CR-002-JAD-NJK
        Plaintiff,                )
                                 )
    vs.                          )
                                 )
STEPHON JAMES WHITNEY,           )
                                 )
        Defendant.               )
_____)

### FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

### FINDINGS OF FACT

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1. Counsel for the defendant needs additional time to conduct an investigation in this case, once discovery has been turned over to the defense, in order to determine whether there are any pre-trial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations. Additional time is also needed to discuss potential resolution of any motions and/or resolve the case by way of plea negotiations.

2. Defendant STEPHON JAMES WHITNEY is in custody but has been advised and does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of discovery materials to be provided and to discuss the case with defendant. Communication is not easy as defendant is currently in quarantine awaiting transport back to the Nevada Department of Corrections, so that he may be scheduled for a State Parole Hearing in

order to be returned to the Federal detainer.

For all of the above-stated reasons, the ends of justice would best be served by a continuance.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, U.S.C. § 3161(h)(7); and Title 18, U.S.C. § 3161(h)(7)(A), when considering the factors under Title 18, U.S.C. § 3161(h)(7)(B), § 3161(h)(7)(B)(i) and § 3161(h)(7)(B)(iv).

## ORDER

**IT IS HEREBY ORDERED** that each party shall have 90 days from the date of this Order to file all pretrial motions. Responses to any motions shall be filed within 14 days from the date of service of the motions; and any replies may be filed within 7 days of service of the responses.

**IT IS FURTHER ORDERED** that the trial briefs, proposed voir dire questions, proposed jury instructions, and a list of exhibits must be submitted to the Court by noon on August 16, 2021.

IT IS FURTHER ORDERED that the calendar call currently scheduled for March 15, 2021, be vacated and continued to August 16, 2021, at 1:30 p.m.; and the trial

currently scheduled for March 23, 2021, be vacated and continued to August 24, 2021, at 9:00 a.m.

Dated: February 23, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE