CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
daniel.cowhig@.usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHON JAMES WHITNEY,<br>   a.k.a. Stephone James Whitney,<br>   a.k.a. Steff Bizzle,<br>   a.k.a. Stef B,<br><br>Defendant. | Case No. 2:21-cr-2-JAD-NJK<br><br><br>Third Stipulation to Continue<br>Calendar Call and Trial<br>and Proposed Order |

Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant

United States Attorney, counsel for the United States of America, and Yi Lin Zheng,

Esquire, counsel for Stephon James Whitney, defendant, stipulate and agree that the

calendar call and trial in the above-captioned matter, currently scheduled for January 18,

2022 at 1:30 p.m. and January 25, 2022 at 9:00 a.m., respectively, each be vacated and

continued to a date convenient to the Court but no sooner than 30 days from the current

settings.

The parties enter into this stipulation for the following reasons:

1

1    1.    Counsel for defendant needs additional time to review discovery, investigate

2  the case, and confer with defendant in order to determine whether the case will go to trial

3  and, if necessary, prepare for trial.

4    2.    Defendant Whitney is in custody. Defendant has been advised of this

5  stipulation and does not object to the continuance.

6    3.    The additional time requested herein is not sought for the purposes of delay,

7  but rather to allow counsel sufficient time within which to be able to effectively complete

8  investigation of discovery materials and to further discuss the case with defendant.

9    4.    The additional time requested by this stipulation is excludable in computing

10  the time within which the trial of the captioned matter must begin pursuant to the Speedy

11  Trial Act, 18 U.S.C. § 3161 *et seq.*, when considering the factors set out in 18 U.S.C.

12  §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

13    This is the third request for a continuance in this matter.

14   Dated December 28, 2021

15  CHRISTOPHER CHIOU
   Acting United States Attorney          Vegas Golden Law

16

17  *//s// Daniel J Cowhig*                *//s// Yi Lin Zheng*
   DANIEL J. COWHIG                        YI LIN ZHENG, Esquire

18  Assistant United States Attorney       Counsel for Defendant
   Counsel for the United States          Stephon James Whitney

19

20

21

22

23

24

2

1

2

3

4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

5

6

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-2-JAD-NJK |
| Plaintiff, | |
| vs. | Proposed |
| | Findings of Fact, Conclusions of Law and |
| STEPHON JAMES WHITNEY,<br>    a.k.a. Stephone James Whitney,<br>    a.k.a. Steff Bizzle,<br>    a.k.a. Stef B, | ORDER<br><br>Regarding Parties' Third Stipulation to<br>Continue Calendar Call and Trial |
| Defendant. | |

7

8

9

10

11

12

13

14

15

**Findings of Fact**

16

Based on the pending stipulation of the parties and good cause appearing therefore,

17

the Court finds:

18

1.     Counsel for defendant needs additional time to review discovery, investigate

19

the case, and confer with defendant in order to determine whether the case will go to trial

20

and, if necessary, prepare for trial.

21

2.     Defendant Whitney is in custody. Defendant has been advised of this

22

stipulation and does not object to the continuance.

23

24

1

3.       The additional time requested herein is not sought for the purposes of delay, but rather to allow counsel sufficient time within which to be able to effectively complete investigation of discovery materials and to further discuss the case with defendant.

4.       The additional time requested by this stipulation is excludable in computing the time within which the trial of the captioned matter must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, when considering the factors set out in 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

5.       This is the third request for a continuance in this matter.

For these reasons, the ends of justice would be best served by a continuance.

**Conclusions of Law**

The ends of justice served by granting the requested continuance outweigh the interest of the defendant and of the public in a speedy trial in that a failure to grant the continuance would be likely to result in a miscarriage of justice, deny the defendant sufficient time and opportunity to prepare for trial, taking into account the exercise of due diligence.

The continuance is excludable in computing the time within which the trial of the captioned matter must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, when considering the factors set out in 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

**ORDER**

**IT IS HEREBY ORDERED THAT** the calendar call in the above-captioned matter, currently scheduled for January 18, 2022 at 1:30 p.m. is hereby vacated and continued to _____ at _____, and the trial currently scheduled for January

2

25, 2022 at 9:00 a.m. is herby vacated and continued to _____ at

_____.

**IT IS FURTHER ORDERED THAT** the parties shall submit trial briefs, proposed *voir*

*dire*, proposed jury instructions, and exhibit lists by _____ at

_____.

**IT IS FURTHER ORDERED THAT** the parties are excused from the Master Trial

Scheduling Conference currently set for January 4, 2022. ECF No. 24.

**IT IS SO ORDERED** this December ___, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3

CERTIFICATE OF SERVICE

I certify that I caused a copy of the parties Third Stipulation to Continue Calendar Call and

Trial and Proposed Order to be served upon counsel for the defendant by electronic filing

through CM/ECF:

Yi Lin Zheng
Vegas Golden Law
2801 S Valley View BLVD STE 16
Las Vegas NV 89102
702−385−7170
VegasGoldenLaw@gmail.com

Dated December 28, 2021

*//s// Daniel J Cowhig*
DANIEL J. COWHIG
Assistant United States Attorney
Counsel for the United States

1