**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHON JAMES WHITNEY,<br>　　a.k.a. Stephone James Whitney,<br>　　a.k.a. Steff Bizzle,<br>　　a.k.a. Stef B,<br><br>　　　　Defendant. | 2:21-CR-002-JAD-NJK<br><br>**ORDER GRANTING**<br>**Motion to Withdraw as Forfeiture Attorney** |

　　Pursuant to LR IA 11-6(b), the United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case. Pursuant to LR IA 11-6(e), this Motion will not delay discovery, the trial, or any hearing, and good cause is shown since no forfeiture exists in the case.

　　Dated: February 24, 2022.

Respectfully submitted,
CHRISTOPHER CHIOU
Acting United States Attorney
/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: February 25, 2022