**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley Veiw Blvd, Ste 16
Las Vegas, Nevada 89102
Phone: (702) 385-7170
VegasGoldenLaw@gmail.com
Attorney for Defendant
STEPHON JAMES WHITNEY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 2:21-CR-002-JAD-NJK |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| STEPHON JAMES WHITNEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION TO CONTINUE**
**CALENDAR CALL AND TRIAL DATE (Third Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and DANIEL J. COWHIG, Assistant United States Attorney, counsel for the United States of America, and YI LIN ZHENG, ESQ. counsel for STEPHON JAMES WHITNEY that the calendar call currently scheduled for May 16, 2022 at 1:30 p.m., and the trial currently scheduled for May 24, 2022, at 9:00 a.m., be vacated and continued for at approximately 30 days to a date and time convenient to this Court.

This stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct an investigation in this case, in order to determine whether there are any pre-trial issues that must be litigated, to discuss

potential resolution of any motions, and determine whether the case will ultimately go to trial or will be resolved through negotiations.

2. Defendant STEPHON JAMES WHITNEY is in custody but has been advised and does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of discovery materials and to further discuss the case with defendant.

4. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. §3161(h)(7); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B)(i) and §3161(h)(7)(B)(iv).

5. This is the third request for a continuance filed herein.

DATED: April 28, 2022

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | VEGAS GOLDEN LAW<br>Formerly Momot & Zheng |
| *By /s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney<br>Counsel for Plaintiff | *By /s/ Yi Lin Zheng*<br>YI LIN ZHENG, ESQ.<br>Counsel for Defendant<br>STEPHON JAMES WHITNEY |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,           )
                                    )   CASE NO. 2:21-CR-002-JAD-NJK
            Plaintiff,              )
                                    )
    vs.                             )
                                    )
STEPHON JAMES WHITNEY,              )
                                    )
            Defendant.              )
_____)

## FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

### FINDINGS OF FACT

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1. Counsel for the defendant needs additional time to conduct an investigation in this case, in order to determine whether there are any pre-trial issues that must be litigated, to discuss potential resolution of any motions, and determine whether the case will ultimately go to trial or will be resolved through negotiations.

2. Defendant STEPHON JAMES WHITNEY is in custody but has been advised and does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of discovery materials and to further discuss the case with defendant.

4. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, U.S.C. §3161(h)(7); and Title 18, U.S.C. §3161(h)(7)(A), when considering the factors under

Title 18, U.S.C. §3161(h)(7)(B), §3161(h)(7)(B(i) and §3161(h)(7)(B)(iv).

5.	This is the third request for a continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, U.S.C. § 3161(h)(7); and Title 18, U.S.C. § 3161(h)(7)(A), when considering the factors under Title 18, U.S.C. § 3161(h)(7)(B), § 3161(h)(7)(B)(i) and § 3161(h)(7)(B)(iv).

/ / /

/ / /

/ / /

**ORDER**

**IT IS ORDERED** that the trial briefs, proposed voir dire questions, proposed jury instructions, and a list of exhibits must be submitted to the Court by noon on July 18, 2022.

**IT IS FURTHER ORDERED** that the calendar call currently scheduled for May 16, 2022, be vacated and continued to July 18, 2022, at 1:30 p.m.; and the trial currently scheduled for May 24, 2021, be vacated and continued to July 26, 2022, at 9:00 a.m.

Dated: May 2, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE