**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com

Attorney for Stephon Whitney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHON WHITNEY,<br><br>    Defendant. | Case No. 2:21-CR-002-JAD-NJK<br><br>**NOTICE OF INTENT TO PLEAD GUILTY** |

COMES NOW the defendant, Stephon Whitney, by and through his counsel, Yi Lin Zheng, who tenders the following Notice of Intent to Plead Guilty. Mr. Whitney also respectfully requests his change of plea be set for the next date the Court is available.

1. There is no plea agreement between the parties.

2. The defendant desires to enter a plea of guilty to 18 U.S.C. § 922(g) – Felon in Possession of a Firearm, as charged in the Indictment.

DATED: June 1, 2022.

By: */s/ Yi Lin Zheng*
     Yi Lin Zheng
     Attorney for Stephon Whitney

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of Vegas Golden Law and is a person of such age and discretion as to be competent to serve papers.

That on June 1, 2022, he served an electronic copy of the above and foregoing **NOTICE OF INTENT TO PLEAD GUILTY** by electronic service (ECF) to the person named below:

> JASON FRIERSON
> United States Attorney
> DANIEL COWHIG
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

                                         */s/ Yi Lin Zheng*
                                         Employee of the Vegas Golden Law