Attachment D

Images taken during LVMPD investigation in LLV200900007194

Images taken during LVMPD investigation in LLV200900007194



Image 000452_2368514-0029_1



Image 000452_2368514-0030_1

Images taken during LVMPD investigation in LLV200900007194



Image 000452_2368514-0031_1



Image 000452_2368514-0032_1

Images taken during LVMPD investigation in LLV200900007194



Image 000452_2368514-0033_1



Image 000452_2368514-0034_1

Images taken during LVMPD investigation in LLV200900007194




Image 000452_2368514-0051_1          Image 000452_2368514-0052_1




Images taken during LVMPD investigation in LLV200900007194

Image 000452_2368514-0053_1                    Image 000452_2368514-0059_1



Image 000452_2368514-0060_1



Image 000452_2368514-0062_1

Images taken during LVMPD investigation in LLV200900007194



Image 000452_2368514-0028_1



Image 000452_2368514-0070_1

Images taken during LVMPD investigation in LLV200900007194



Image 000452_2368514-0069_1