Attachment F

LVMPD Forensic Laboratory Amended Report of Investigation, Biology/DNA, dated Dec. 11, 2020

| Las Vegas Metropolitan Police Department<br>Forensic Laboratory<br><br>Amended Report of Examination<br><br>Biology/DNA | **Distribution Date:** December 11, 2020<br>**Agency:** LVMPD<br>**Location:** Central Intelligence Unit<br>**Primary Case #:** 200900007194<br>**Incident:** Firearm-Possession<br>**Requester:** Jackson, Christian A.<br>**Lab Case #:** 20-13388.2 |
|---|---|

| Subject(s): | None Listed |
|---|---|

This lab report amends the previous lab report dated November 24, 2020 in order to remove the formatting comment on page 2 of the previously published version. No other modifications were made to the contents of this report.

The following evidence was received and examined:

| Lab Item # | Impound Pkg # | Impound Item # | Description |
|---|---|---|---|
| Item 1.1 | 008871 - 1 | 1 | Swab from a Canik firearm<br>- entire swab used |
| Item 1.2.1 | | 2 | Swab from a magazine<br>- entire swab used |
| Item 1.3.1 | | 3 | Swab from a magazine<br>- entire swab used |
| Item 2 | 009139 - 1 | 1 | Reference Standard from Stephon Whitney |

## Results, Opinions, and Interpretations:

**DNA STR Processing**

The following evidence was subjected to PCR amplification at the following STR genetic loci: TH01, D3S1358, vWA, D21S11, TPOX, DYS391, D1S1656, D12S391, SE33, D10S1248, D22S1045, D19S433, D8S1179, D2S1338, D2S441, D18S51, FGA, D16S539, CSF1PO, D13S317, D5S818, and D7S820. The sex-determining Amelogenin locus was also examined. Where applicable, STRmix was used for interpretation.

**Lab Item 2: Reference Standard from Stephon Whitney**
A full male DNA profile was obtained.

**Lab Item 1.1: Swab from a Canik firearm**
Number of contributors:    3, at least one male
Individually included:      Stephon Whitney (Item 2) LR = approximately 352 septillion, $352 \times 10^{24}$

The probability of observing the mixture DNA profile is approximately 352 septillion times more likely if it originated from Stephon Whitney (Item 2) and two unknown random contributors than if it originated from three unknown random contributors.

**Lab Item 1.2.1: Swab from a magazine**
Number of contributors:    3, at least one male
Individually included:      Stephon Whitney (Item 2) LR = approximately 8.35 septillion, $8.35 \times 10^{24}$

The probability of observing the mixture DNA profile is approximately 8.35 septillion times more likely if it originated from Stephon Whitney (Item 2) and two unknown random contributors than if it originated from three unknown random contributors.

**Lab Item 1.3.1: Swab from a magazine**
Number of contributors:    3, at least one male
Individually included:      Stephon Whitney (Item 2) LR = approximately 305 quintillion, $305 \times 10^{18}$

The probability of observing the mixture DNA profile is approximately 305 quintillion times more likely if it originated from Stephon Whitney (Item 2) and two unknown random contributors than if it originated from three unknown random contributors.

Page 1 of 3
LVMPD Forensic Laboratory | 5605 W Badura Ave Suite 120 B | Las Vegas, NV 89118
DNA Annex | 5555 W Badura Ave Suite 120 | Las Vegas, NV 89118

- Amended Report-Released-(135628).pdf

000071

Amended

Primary Event #: 200900007194
Lab Case #: 20-13388.2

*Disposition of Evidence:*
DNA extracts generated from each item during the analysis of this case and/or cuttings taken from the evidence and reference standards have been retained by the laboratory and are available for future testing, as appropriate.

The following item has a limited volume of extract remaining.
- Lab Item 1.3.1: Swab from a magazine

The remaining evidence has been returned to secure storage. Evidence remains for re-sampling as needed:
- Lab Item 2: Reference Standard from Stephon Whitney

The remainder of the following evidence has been returned to secure storage. All available sample/staining was consumed during testing:
- Lab Item 1.1: Swab from a Canik firearm
- Lab Item 1.2.1: Swab from a magazine
- Lab Item 1.3.1: Swab from a magazine

Notes:
1. Dates of laboratory testing: 11/5/20 - 11/18/20
2. This report does not constitute the entire case file. The case file may be comprised of worksheets, images, analytical data and other documents.
3. The reported DNA profile results can aid in answering questions regarding *who* may have deposited DNA on an item of evidence and where this DNA was deposited. However, the presence or absence of a DNA profile cannot answer questions with regards to the timeframe and/or circumstances in which the DNA was deposited on an item of evidence.
4. Where applicable, likelihood ratios (LR) were calculated to assess whether each submitted reference standard is statistically included or excluded, individually, as a contributor to the reported DNA profile(s). The reported LR value for an "Individually Included" or "Uninformative" reference standard is reflective of the likelihood ratio calculation associated with the listed individual, *without* being considered in combination with other reference standards, except where an "Assumed Contributor" is denoted. The LR value answers the question "How many times more (or less) likely is it to observe the evidence DNA profile if the individual listed is a contributor to the DNA profile, than if the person listed is not a contributor?"
5. The number of contributors utilized during STRmix interpretation is the most likely number required to reasonably explain the observed evidence DNA profile. This assessment was made during analysis with consideration of the quality of the DNA profile data.
6. The likelihood ratios are based upon propositions that can explain the evidence. This includes assumptions as to the number of contributors present in the DNA profile and, unless otherwise noted, that each unknown contributor is *unrelated* to the named reference standards. Since a range of propositions might explain the evidence, either interested party to this case, prosecution and/or defense, may request an additional likelihood ratio that incorporates an additional proposition more accurately representing their position. All requests must be submitted in a timely manner, must be reasonable given the test results, and must be within the capability and validated application of the program used.
7. For comparison purposes, please collect reference buccal swab(s) from individuals believed to be involved in (or who have had reasonable access to) this incident. When a reference buccal swab is obtained, please submit a Forensic Laboratory Request in Property Connect to complete the case.
8. Statistical probabilities were calculated using the recommendations of the National Research Council (NRC II) utilizing the NIST database (Hill, C.R., Duewer, D.L., Kline, M.C., Coble, M.D., Butler, J.M. (2013) U.S. population data for 29 autosomal STR loci. Forensic Sci. Int. Genet. 7: e82-e83 and Steffen, C., Coble, M., Gettings, K., Vallone, P. Corrigendum to 'U.S. Population Data for 29 Autosomal STR Loci' [Forensic Sci. Int. Genet. 7 (2013) e82-83]. Forensic Sci. Int. Genet. 31 (2017) e36-e40). The probability that has been reported is the most conservative value obtained from the US Caucasian (CAU), African American (AA), and Hispanic (HSP) population databases. All likelihood ratios calculated by the LVMPD are truncated to three significant figures.
9. The results reported above relate only to the items received and examined. The results are stated under the heading "Results, Opinions, and Interpretations".

- Amended Report-Released-(135628).pdf

Amended

Primary Event #: 200900007194
Lab Case #: 20-13388.2

*Allison Rubino*

Allison Rubino, P#14784
Forensic Scientist

- END OF REPORT -

- Amended Report-Released-(135628).pdf