Attachment G

Firearms Trace Summary (eTrace) of the Canik model TP9 SF Elite 9mm
semiautomatic pistol bearing serial number 20BH02246

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: September 17, 2020

## FIREARMS TRACE SUMMARY

**Trace Number:** T20200347336    **Request Date:** September 08, 2020    **Completion Date:** September 16, 2020

SHANNON JEFFERS
LAS VEGAS METRO POLICE DEPT.
400 S. MARTIN LUTHER KING BLVD
LAS VEGAS, NV 89106
PHONE: (702) 828-3745 Ext:

**Badge No:** 15413
**Investigation No:** LLV200900007194

### FIREARM INFORMATION
**Manufacturer:** CANIK55
**Model:** TP-9SF ELITE
**Caliber:** 9
**Serial Number:** 20BH02246
**Type:** PISTOL
**Country:** TURKEY
**Importer:** CAI GEORGIA VT - CENTURY IN...
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 09/02/2020
**Time to Crime:** 121 days
1888 WINTERWOOD BL
LAS VEGAS, NV 89142
**Possessor:** STEPHON WHITNEY
**DOB:** ▇▇/1990
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 05/04/2020
JESSICA ROSE RODOSH
1493 FOXGLOVE DR
LAS VEGAS, NV 89142
**DOB:** ▇▇/1978
**POB:** LAS VEGAS, NV UNITED STATES
**Race:** WHITE              **Height:** 5 ft 3 in
**Sex:** Female              **Weight:** 150 lbs
**ID 1:** NV DRIVER'S LICENSE: ▇▇▇▇▇▇
**ID 2:** :

### DEALER INFORMATION
**FFL:** 98804672
GUN SHOP LAS VEGAS/GSLV
2980 ST ROSE PKWY #130
HENDERSON, NV 89052
**Phone:** (702) 897-4867    **Ship-To-Date:** 04/21/2020
Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.