United States District Court
District of Nevada

## NOTICE

### Contact the U.S. Probation Office Today

The Court has ordered that the United States Probation Office complete a presentence investigation report in your case. You are therefore instructed to contact the United States Probation Office, or report in person within 24 hours to:

**United States Probation Office**
**Foley Federal Building**
**300 Las Vegas Boulevard South, Suite 1200**
**Las Vegas, Nevada 89101**
**(702) 527-7300**

(Directly across the street from the Lloyd D. George United States Courthouse)

Once you report to the United States Probation Office, present this form to the receptionist for further instructions. In the event you are unable to contact the U.S. Probation Office today, you must report the following business day. If you have any questions, consult with your attorney.

2:21-cr-00002-JAD-NJK
Case Number

Stephon James Whitney
Defendant

Yi Lin Zheng, CJA
Attorney of Record

6/21/2022
Date of plea/verdict

9/19/2022 at 3:00 p.m.
Date and time of Sentencing

☐ Defendant on bond
☑ Defendant in custody