YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com
Attorney for Defendant- Stephon Whitney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHON WHITNEY,<br><br>　　　　Defendant. | Case No. 2:21-cr-00002-JAD-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Dan Cowhig, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng, counsel for Stephon Whitney, that the resentencing hearing currently scheduled for September 19, 2022 be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

　　The Stipulation is entered into for the following reasons:

　　1.　Defense counsel needs additional time to prepare for sentencing. Defense counsel is gathering letters of support and clarifying potential objections to the PSR.

　　2.　The parties agree to the continuance.

3.	Because Mr. Whitney needs additional time to clarify the status of his state convictions and custody status, he requests leave of the court to submit informal objections to the PSR beyond the 14 calendar days after the initial disclosure of the report, but not later than 14 days from the court's order. The U.S. Attorney's Office does not oppose.

4.	The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5.	Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue filed herein.

DATED: August 29, 2022.

JASON FRIERSON
United States Attorney

By: /s/ Yi Lin Zheng          .
Yi Lin Zheng
Counsel for Stephon Whitney

By: /s/ Dan Cowhig          .
Dan Cowhig
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00002-JAD-NJK |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| STEPHON WHITNEY , | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to prepare for sentencing. Defense counsel is gathering letters of support and clarifying potential objections to the PSR.

2. The parties agree to the continuance.

3. For good cause shown, defendant Whitney is granted leave to submit informal objections to the PSR within 14 days of this order.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is

excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing scheduled for September 19, 2022 at 3:00 PM is vacated and continued to November 7, 2022, at 11:00 a.m. Mr. Whitney may submit late informal objections to US Probation.

DATED: August 30, 2022.

_____
UNITED STATES DISTRICT JUDGE