# LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## PROPERTY REPORT

| Date of LVMPD Possession | Time of LVMPD Possession | Page(s) |
|---|---|---|
| 9/2/20 | 1818 | 1 of 2 |

**Incident:** SEARCH WARRANT
**Event #:** 200900007194

- [x] **EVIDENCE**
  - [x] Felony  [ ] Gross Misd  [ ] Misdemeanor
  - List other related event #s (if any):
- [ ] **NO EVIDENTIARY VALUE:**
  - [ ] No Owner Identified
  - [ ] Destroy
  - [ ] Return to DMV
- [ ] **SAFEKEEPING** Must provide owner information in the Persons section below and assign an owner #.
- [ ] **HIGH RISK ORDER FOR PROTECTION – FIREARM(S) SURRENDERED**

| Impounding Officer | Assigned Bureau | P#/Initials | Task Force officers from other jurisdictions: |
|---|---|---|---|
| J. COSTELLO | NCTC | 9139C / J | |
| Assigned Supervisor | Assigned Bureau | P# | |

### PERSONS – (S)USPECT / (V)ICTIM / (O)WNER / (F)INDER

**[S]** — Last Name: **WHITNEY**  First Name, MI: **STEPHON**  DOB: ██/90  Phone #: 702.801.4805
Assign Owner #: 1
Charges: PPPFA / PCSWITS / PROB. VIO.
Street Address: 1888 WINTERWOOD   City: LV   State: NV   Zip: 89142   Arrest Date: 9/2/20   ID#: 2647736

**Remarks (Relating to Impound):** ALL ITEMS RECOVERED BY HONORABLE JUDGE ZIMMERMAN APPROVED TELEPHONIC SEARCH WARRANT.

| Pkg # | Item # | Assign Owner # | Serial #, Owner Applied Number, State and Gov. Issued ID #s | Qty | Property Description | Recovered Stolen or Embezzled? |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | | 1 | GREEN LEAFY SUBSTANCE PURPORTED TO BE MARIJUANA 140 grams NET | [ ] |
| 1 | 2 | 1 | | 1 | GREEN LEAFY SUBSTANCE PURPORTED TO BE MARIJUANA 69.1 grams gross IN CLEAR BAGGIE W/ BLACK TIE | [ ] |
| 1 | 3 | 1 | | 1 | GREEN LEAFY SUBSTANCE PURPORTED TO BE MARIJUANA 55.4 grams gross CLEAR BAGGIE | [ ] |

**FIELD RELEASE ONLY**

Released Item(s) #: ___  Officer (P#/initials): ___  Released to Owner # (from above): ___  Owner's Signature: ___

000027

LVMPD 67A (Rev. 1/20)   Distribution: White: Records/OnBase | Yellow: Evidence Vault | Pink: Citizen

# LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## PROPERTY CONTINUATION REPORT

Page(s): 2 OF 2

Event #: 2009000719H

| PKG # | ITEM # | OWNER # | Make or Brand | MODEL | COLOR | Serial # / OAN State & Gov. Issued ID #'s | Qty. | PROPERTY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 1 | | | | | | GREEN LEAFY SUBSTANCE PURPORTED TO BE MARIJUANA 8.4 grams net in grey bottle & clear container |
| 1 | 5 | 1 | | | | | 1 | Clear baggies in box & scale NARCO kit |
| 1 | 6 | 1 | | | | | 1 | BAGGIE UNK WHITE SUBSTANCE |
| 2 | 7 | 1 | | | | | 1 | ENVELOPE W/ $4,450.00 US CURRENCY w/ Pink Sheet |
| 3 | 8 | 1 | | | | | 70 | 9mm ROUNDS w/in two boxes |
| 3 | 9 | 1 | | | | | 2 | MAGAZINES w/ AMMO (DNA) |

LVMPD 67-B (Rev. 9/12)

↑ Corresponds to # Listed in PERSONS section (Suspect / Victim / Owner / Finder)

Distribution: White: Records/Onbase | Yellow: Evidence Vault | Pink: Citizen

000028