Gmail

**Vegas Golden Law <vegasgoldenlaw@gmail.com>**

## Fwd: EV#200900007194 SETEPHON JAMES WHITNEY/JESSICA RODOSH

1 message

**Jessica Rodosh** <j.r.rodosh@icloud.com>                        Sat, Jul 2, 2022 at 6:42 PM
To: vegasgoldenlaw@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Jessica Rodosh <j.r.rodosh@icloud.com>
> **Date:** October 23, 2020 at 5:47:02 PM PDT
> **To:** Jessica Anaya <J16092A@lvmpd.com>
> **Subject: Re: EV#200900007194 SETEPHON JAMES WHITNEY/JESSICA RODOSH**

> I'm sorry I'm just frustrated with this whole situation I don't mean to be short with you, you have been extremely helpful. But Bank of America is sending me my unemployment transactions all the way back till April and they are also sending Stephon's but his was the PUA unemployment so he got paid one lump sum in June for $9,985 so all that should be more than enough proof that the money was legal. I won't have the transcripts till after Monday because it takes 2 business days to email it to me. Again thank you and I'm sorry

> Sent from my iPhone

>> On Oct 23, 2020, at 4:16 PM, Jessica Rodosh <j.r.rodosh@icloud.com> wrote:

>> My paycheck stubs show I made all that I'm sorry this is so frustrating because that's my unemployment and from my job. Let try to see if unemployment can send me something, I'm showing that I make that and I did make it that is my money I work so hard. I will see what I can get but honestly I don't know just give a cple days please

>> Sent from my iPhone

>>> On Oct 23, 2020, at 10:16 AM, Jessica Anaya <J16092A@lvmpd.com> wrote:

>>> Hi Jessica:

>>> My attorney has reviewed all the emails you sent in with your proof of income. While the majority of proof shows the unemployment funds being deposited to your account, we need more information of the withdrawals from your account to correlate with the cash seized. We see approximately 3 withdrawals of $600.00 around July, however, that $1,800.00 does not account for the total amount seized of $4,450.00.

Can you provide proof of the other amounts withdrawn from your account to account for that sum of money?


Thank you,


Jessica Anaya

Legal Assistant to

S. Scott Greenberg, Esq.

Office of General Counsel

Forfeiture Section

Las Vegas Metropolitan Police Department

Phone: (702) 828-4970

Fax:  (702) 828-4973

Email: J16092A@LVMPD.com


**ATTORNEY/CLIENT PRIVILEGE**

**ATTORNEY WORK PRODUCT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you are not the addressee, or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.