

**Vegas Golden Law <vegasgoldenlaw@gmail.com>**

## Fwd: 200900007194 STEPHON WHINEY/JESSICA RODOSH
1 message

**Jessica Rodosh** <j.r.rodosh@icloud.com>   Sat, Jul 2, 2022 at 6:36 PM
To: vegasgoldenlaw@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Jessica Rodosh <j.r.rodosh@icloud.com>
> **Date:** January 21, 2021 at 12:08:49 PM PST
> **To:** Jessica Anaya <J16092@lvmpd.com>
> **Subject: Re: 200900007194 STEPHON WHINEY/JESSICA RODOSH**
>
> Thank you again I truly do appreciate all the help.
>
> Sent from my iPhone
>
>> On Jan 21, 2021, at 8:33 AM, Jessica Anaya <J16092A@lvmpd.com> wrote:
>>
>> Hi Jessica:
>>
>> As you can see from the email below, the new check should be mailed out next week if you want to keep an eye out for it coming in the mail.
>>
>> Have a great day!
>>
>> Jessica
>>
>> ---
>>
>> **From:** Nan Bower <C6933B@LVMPD.COM>
>> **Sent:** Thursday, January 21, 2021 6:32 AM
>> **To:** Jessica Anaya <J16092A@LVMPD.COM>
>> **Subject:** RE: 200900007194 STEPHON WHINEY/JESSICA RODOSH
>>
>> Good morning,

I will go ahead and void the previous check and re-issue a new one. The check will be mailed out next week since the county do not cut the check on Fridays.

Can you please let Jessica Rodosh know.

Thanks.

Nan

**From:** Jessica Anaya <J16092A@LVMPD.COM>
**Sent:** Wednesday, January 20, 2021 4:10 PM
**To:** Nan Bower <C6933B@LVMPD.COM>
**Subject:** FW: 200900007194 STEPHON WHINEY/JESSICA RODOSH

Letter from Jessica Rodosh. Scott said sufficient proof to him to have check reissued to solely Jessica Rodosh.

**From:** Jessica Rodosh <j.r.rodosh@icloud.com>
**Sent:** Wednesday, January 20, 2021 3:59 PM
**To:** Jessica Anaya <J16092A@LVMPD.COM>
**Subject:** Re: 200900007194 STEPHON WHINEY/JESSICA RODOSH

> **CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your LVMPD account credentials.**

<image001.jpg>
<image002.jpg>

Sent from my iPhone

> On Jan 19, 2021, at 6:01 PM, Jessica Rodosh <j.r.rodosh@icloud.com> wrote:
>
> Ok just waiting on it to get here.

7/25/22, 1:02 PM                Gmail - Fwd: 20090100219 41 - PHONE - JESSICA ROD...

Case 2:21-cr-00002-JAD-NJK   Document 41-4   Filed 10/28/22   Page 3 of 6

Sent from my iPhone

On Jan 19, 2021, at 7:52 AM, Jessica Anaya <J16092A@lvmpd.com> wrote:

You can try to send a pic and I'll see if that is sufficient before you make the trip down here.

Jessica Anaya

Legal Assistant to

S. Scott Greenberg, Esq.

Office of General Counsel

Forfeiture Section

Las Vegas Metropolitan Police Department

Phone: (702) 828-4970

Fax:  (702) 828-4973

Email: J16092A@LVMPD.com

**ATTORNEY/CLIENT PRIVILEGE**

**ATTORNEY WORK PRODUCT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you are not the addressee, or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Jessica Rodosh <j.r.rodosh@icloud.com>
**Sent:** Friday, January 15, 2021 10:51 AM
**To:** Jessica Anaya <J16092A@LVMPD.COM>
**Subject:** Re: 200900007194 STEPHON WHINEY/JESSICA RODOSH

---

**CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your LVMPD account credentials.**

---

Stephon is sending the letter tonight do u want me to bring it to you when I get or send a picture of it.

Sent from my iPhone

> On Jan 14, 2021, at 3:59 PM, Jessica Rodosh <j.r.rodosh@icloud.com> wrote:
>
> Thank you so much
>
> Sent from my iPhone
>
>> On Jan 14, 2021, at 3:39 PM, Jessica Anaya <J16092A@lvmpd.com> wrote:
>>
>> Hi Jessica:
>>
>> Our attorney said you would need to get a statement from Stephon agreeing that LVMPD can have the check made out to just you. The statement should mention the event number the money was seized under and the amount seized. Also, at the end of his statement it should have this language specifically: **I, [name], do solemnly swear, under the**

**penalty of perjury, that I agree to the above. NRS 208.165.**

Thanks, if you have any questions please do not hesitate to contact our office.

Jessica Anaya

Legal Assistant to

S. Scott Greenberg, Esq.

Office of General Counsel

Forfeiture Section

Las Vegas Metropolitan Police Department

Phone: (702) 828-4970

Fax:  (702) 828-4973

Email: J16092A@LVMPD.com

**ATTORNEY/CLIENT PRIVILEGE**

**ATTORNEY WORK PRODUCT**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you are not the addressee, or it appears from the context or otherwise that you have received this email in error, please

Case 2:21-cr-00002-JAD-NJK   Document 41-4   Filed 10/28/22   Page 6 of 6

advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.