EXHIBIT "G"

**Jessica Rodosh** j.r.rodosh@icloud.com                    Thu, Oct 20, 2022 at 7:59 PM

Hello. I am Jessica Rodosh, Stephon's fiancé. We have been together 5 years and in those 5 years, our relationship has been through a lot. I have a 10-year-old son. He was 4 1/2 when we got together. On Mikey's first day of kindergarten, Steff got up and took him with me. He never missed a day of taking him or picking him up. At parent teacher conferences, Steff was there asking questions. He stepped up in a place that most men don't want to do. Mike had school projects and him and Steff would sit down and do them. They made clay figures for his living art project and for his person project they made a poster board. Steff took Mikey to his football practices and games. Every Sunday, they played chess Mikey would get the chess out and they would sit down and play. Every morning before school, they would have a wrestling match. Mikey loves his stepdad, he misses him, the nerf gun wars, and our family dinners.

Steff and I have been through a lot. I lost my dad to cancer. About a year later, we lost his brother when his brother was murdered in a domestic violence incident. That was a difficult time for all of us but in the middle of this pain and heart break we found out I was pregnant and we were so happy. Steff changed. Our son gave him a whole new look on life. He did not miss one doctor's appointment. He took care of us. It was a high-risk pregnancy and when I started having complications, he did everything to try to make me feel better and at ease. When we found out we were having a boy, Steff glowed with pride. He picked out our son's name, Legacy, and would not budge on changing it. Steff is an amazing dad to Mikey and I knew he was going to be one to our baby boy. Steff had a job but was looking for a second because he wanted me to rest. He would get up at all hours for my pregnancy cravings. I love seeing the man he was becoming. He never took his hand off my belly. I couldn't wait to see him hold our baby.

But like I said I was having complications and the doctor just wouldn't listen. I woke up one night, 5 1/2 months pregnant, at 3am to go to the bathroom and my water broke. I looked down and Legacy's tiny feet were coming out. I had to pull out son the rest of the way out of me. My heart broke. I screamed "the baby," and Steff stood in the bathroom door, on the phone with the ambulance screaming "I can't lose them." My heart was broken. At the hospital, I was holding our son and the nurses were doing whatever they do to try to help, but I needed Steff so bad right then. That night I thought he would leave but he didn't he stood there in the hospital room and said, "baby look at me, baby look at me, just pay attention to me, you're my person, I'm never leaving you." I knew his heart was broken but he was being strong for me, for us. That night we laid in the hospital bed and held our son.

Steff had to go home and clean the blood and mess from me and Legacy. I can't imagine what he went through cleaning that. He made it look like nothing had happened. He did that to protect me, all while he was hurting. Still, he never left. Most couples don't make it through that but we became stronger. Steff got stronger for us whereas I had a mental breakdown. He never

left me, he stood by me through my mental breakdowns, he comforted me when I was crying and in pain, he took me to counseling, he also when to counseling.

   I didn't want to take pills or anything like that so I smoked marijuana. It would help me to sleep by numbing the pain of losing our son. I was barely able to function as a normal person. The marijuana kept me from crying all the time and it helped get my anxiety and depression a little more under control. I tried to hide it from Steff. That's why I hid it in the laundry hamper and the other stuff around the house. I would smoke when they would go to sleep and before they would wake up, I would go outside so nobody would smell it or know.

   When Covid happened, I was scared, I felt like I had to and so I went and got a gun to protect my family. Steff had nothing to do with it. He didn't want it in the house but I wanted it. I didn't know what was gonna happen, I had already lost our son, I wasn't losing anymore people I love. I know it doesn't make sense and it wasn't rational but my depression was so bad. I was so scared and my anxiety was out of control. It was just like I couldn't breathe, it's like someone is sitting on my chest, and I can't catch my breath. I've never felt anything like this until we lost our baby boy. I know now I shouldn't have gotten the gun but I wasn't in my right mind. Between losing our baby, Covid, losing our jobs, and being stuck in that house, I just felt like we needed protection. If I could go back and change it all I would. I blame myself for him being in there. Steff is in in this case because of me, because of what I wanted. I feel like this is my fault. I wish I could take the charge instead of him.

   Steff is a amazing man he opens my doors, he cooks for us, he just loves us. My son loves him. Mikey asks all the time when Steff is he coming home. Steff protects him, he wants Mikey to stay a kid as long as possible. He said he knows what he went through as a kid and he will be damned if Mikey ever feels how he felt as a kid. He connects with Mikey. Steff knows how to talk to him, he knows how to get through to him. Even now, when Mikey is having trouble at school, Steff calls every morning and Mikey tells him what's going on and they talk the whole 20 minutes. Steff always cared about how Mikey looks at him and sees him. Steff said Mikey will know nothing of the streets. He is determined to make sure Mikey won't be lost to the streets. As a family, we are lucky to have him. We need him home. My son, his "little buddy" or "little big man," as Steff calls Mikey, needs and wants him home.

   Steff has a job with my cousin, when he gets home. We can't wait to start our new life. Steff isn't what people think he is. He is an amazing man, who needs a break in life. He is smart and kind and protects the people he loves. My son needs and wants Steff home, probably more than I do. Please give him the shortest sentence possible so he can come home to us.

Sincerely,
Jessica Rodosh

# EXHIBIT "H"

My name is Brian Robertson. My cousin is Jessica Rodosh and she has been dating Stephon for 5 years. Since they have been together, I have seen a positive change in my little cousin and her son Mikey. Steff has been at every school function and parent teacher conferences. He has come to all our family functions never missed one. He helps light the fireworks with me and we bar-b-que for the 4th of July. We have missed him a lot at our family holidays.

I run a family business Robertson's Industries. We build parks, awnings, structures. My company has been in business for about 10yrs. I have a job for Steff when he gets home. He would be working for my company building playgrounds and whatever else we get jobs for. He will never be without work. He is a very hard worker. He was about to start working for me when all this happened. He is a good guy he deserves a second and my cousin's need him home.

He took Mikey to all his football practices and his Jiu Jitsu practices. When they lost their son, he protected my cousin Jessie, he made sure she was not left alone, and took care of her. I see how he loves her, how he loves a little boy that he didn't make but you can't tell him that and I see how they love him. He deserves a chance to come home and watch mike grow from the little boy he has been helping mold to a little man. We have a family reunion coming up this summer and we all want Steff there.

I had a baby boy and I Steff to meet him he is good with baby's and the kids we all love him and want him home. Like I said he has a job waiting for him with my company it's hard manual labor.

Thank you
BRIAN ROBERTSON
ROBERTSON INDUSTRIES

# EXHIBIT "I"

My name is Bette Rodosh. My daughter is Jessica and Steff is my son in law. I'm gonna be honest I was not Steff's biggest fan when they started dating. My daughter has been in some very bad relationships and we are very protective of her. But she stood by her word he was different, she said he treated her better than anyone has ever treated her. She also brought him around my grandson and she never brought any man around him. She protects that boy with everything in her. Even though I was mean as hell to Steff, he still came around he still spoke to me, he never let that stop him from loving her or my grandson.

When they found out she was pregnant I was not happy. She was high risk and I wasn't sure if he would take care of her and my new grandson. He came to the house and him and I sat down and we had a talk, I told him my worries and concerns, He understood all of that and he said he was not going to leave them he loved her and Mikey and the new baby. He proved me wrong he did not miss a day of taking Mikey to school or picking him up. He was at everything that a parent was supposed to be and mike wasn't even his. He went to every single dr appointment for Jessie and the baby. He drove her everywhere.

I saw her change with him. I saw all her fear and hurt start to heal she was smiling and laughing again. I saw him grow into an amazing father and husband for her and my grandsons. The night they lost Legacy was a horrible and traumatic experience, he called me crying on the phone saying he can't lose her not her. At the hospital he never left her side we had to make him go home to change. I felt horrible I saw the hurt in his eyes and him trying to be strong for my daughter and Mikey. The baby changed Steff. He made him want a better life for them all. I watched him pull my daughter out of a dark depression while fighting his own. Steff deserves to be home he made a mistake but nothing that should keep him away from his family. He loves my daughter and grandson and will protect them with everything he has. My nephew has a job ready and waiting for him when he gets home our whole family loves him and wants him home. He has even grown on me and want him home to take care of his family.

Jessica's mother
BETTE RODOSH

# EXHIBIT "J"

Hello my name is Cody Rodosh,

I'm Jessica's cousin and Steff is my in-law. He is engaged to my cousin Jessie. I met him at one of our family dinners. He was a very quiet guy I had to go over and give him a hard time to get him out of his shell. I made him play the family card games which he became my partner in cards and we found out we had a lot in common. We have fun together he gets me and I get him.

We laugh about the same dumb shit. We both love of music. I love talking with him about music we listen to the same stuff a lot of underground music. I love to pick his brain, Steff is a very smart guy.

He is great with the kids. They get him to play finger board and other games we have to rescue him from. My little cousin Mikey, Jessie's son, Steff has been a super dad to him. He never missed a school function. He stepped up and filled shoes that weren't his but honestly you wouldn't be able to tell that Mikey isn't his.

When we found out they were having a baby we were all excited because my cousin had been through so much and so has Steff. We knew he would be a great father cause of how he was with Mike. But they lost the baby and Jess fell into a bad depression. He stepped up even more he never left her side he made sure someone was there with her. He got even more protective over Mike. He made sure Mike didn't feel the loss of his baby brother. He loves my cousins and they love him, we all love him.

He has a good job with our family business when he gets home. I've seen my cousin grow into a better woman and a stronger mother being with him. We would love to see him home for the next family functions. He missed enough already and we got a family reunion he needs to be at we got water balloon and nerf wars to plan on these kids.

Thank you
CODY RODOSH

# EXHIBIT "K"

My name is Janice Whitney. I am the mother of Stephon Whitney. He is the third child out of three children. I am a child of nine children the second to the last. I grew up with both of my parents in my home I graduated from high school, before I decided to have children, I always made the choice to have both parents in my home for my children of course. His father went to prison when he was 7 months old.

I became a single mother of three children. Stefon has always been a person to not have a lot of friends. He stayed to himself. He never been a bad child. After his father came home from prison, things start happening in my home and my son couldn't stand what was going on between us. He never been a bad child in school. He loved school. He loved people his family he always made time to make us laugh.

He cares about his nieces to guide them in the right direction. When you make a mistake in life no one wants to be reminded of the mistake that they made if they already paid the price. My son is humble and all through his life he always made me proud even the mistake he made I've always stood by his side. I always guided, him no matter how old my children get I will always tell them right for wrong.

He have nieces that need him as a father figure to guide them through life, give them relationship advice, let them know the mistakes not to make in life, and what to expect if you become a mother. He's the only person in the family that they need.

I don't consider Federal time a ticket or time in jail could have been considered. I pray that the judge would be lenient on my son because he's not menace to society. He's not harmful to people everyone he goes around they're laughing he brightens up their day because he have that mentality. Whatever you going through he can make you feel better. He can't solve the problem but you will feel better because he's smart. He have that mentality and no one in life should have to pay double price for what they did as a grown man what he did as a child or juvenile he shouldn't have to pay that price.

Me as a mother, I feel for my son because I love my children. My children have always been my one number one priority. I worked my fingers to the Bone to make sure I protected my children financially, emotionally and spiritually. Everyone doesn't deserve a beat down sometimes. Counseling sometimes leniency but to be thrown in federal prison to do federal time this is just bizarre to me. I continue to pray I continue to have faith I continue to guide my son I continue to ask the judge to have leniency on my son. We as so called African Americans are not a bad nation we are human people. Please take this letter in consideration. I pray for release.

thank you,
Janice Whitney

# EXHIBIT "L"

To Whom it may concern

I am Stephon's big sister, Ebony Whitney, I am asking can you please give my baby brother another chance. My mom was a single mom our whole life. Since we were young I helped raised him. Our mom work nights. She had gambling problem. I had to take on the job of helping. We lost our big brother, Teddy Seals, when his ex-girlfriend killed him. It's been even harder without my brother and now I'm losing my other bother. I helped raise him we have a bond like no other that I really miss. I need you to understand he is all I have now. I need him, I'm breaking, and the phone calls is not enough.

Stephon is my go to person, my everything. I have 3 girls that looks up to him as the father figure. I just had a son 8 months ago and he needs his uncle. I need my brother. My life is hard without him. I'm out here alone raising my 4 kids and he missing out on that.

I know he made a mistake but please find it in your heart to give not only him but us another chance. I'm asking to please give him another chance at making a better life for him and our family. Please give our family another chance at a peaceful life. Thank you for giving me the chance to let you know how I feel about my brother. He is really all I have, I mean all I have, so please please let him come home to his family. Thank you.

EXHIBIT "M"

To who it may concern,

I am De'Asia Whitney.  I am Stephon Whitney second niece.  I'm writing this to give out positive reasons on to why I think my uncle should be home.

One reason since my other uncle passed away in 2018, Stephon has been the man of the family. Making sure the family sticks together, making sure everyone is doing okay in life, and just being there for each one of us whenever he could in any way possible.

Another reason is I have always looked at my uncle as a father figure since unfortunately I haven't had a real "dad" in my life.  He's there when I need help, advice anything I could always turn to him.  Its life things do happen and at some point, we do have to take responsibility for our actions. I'm asking if you would give my uncle Stephon Whitney another chance at being free.

# EXHIBIT "N"

To whom it may concern,

I, Datajjah Shumate, his niece, is writing this letter to inform you on why Stephon Whitney should be home. The system may have him labeled as otherwise but he's really a good person. Stephon is very intelligent and family oriented. He's always focused on positivity and make sure everyone in the family is going on the right path. He's the type to put everyone before his self because he's so caring of others feelings.

He's very capable of handling everyone's weight because he's so strong and I love that. I feel as if my uncle and I have very similar ways! I'm definitely him but a girl version. Stephon has always been the role model and father figure in my life since I've never had one growing up. If I need advice, he'll have the answers and random motivation messages. Even if I'm feeling down or going through something, somehow he calls me at that time asking me if I'm okay because he has sensed something. I don't know how but it's always on time.

You would think since he's away, his energy or vibe would be negative but it's not because he always looking at the positive things to any situation! Stephon deserves this chance and I feel as if he was given this chance, he would prove his self. I love my uncle and would love to see him soon. Thank you!