JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>STEPHON JAMES WHITNEY,<br>     a.k.a. Stephone James Whitney,<br>     a.k.a. Steff Bizzle,<br>     a.k.a. Stef B,<br><br>            Defendant. | Case No. 2:21-cr-2-JAD-NJK<br><br>Index of Exhibits to ECF No. 43, United States' Response to Defendant Stephon Whitney's Sentencing Memorandum on the Four-Level Enhancement Under § 2K2.1(b)(6)(B) [ECF No. 41] and Supplemental Sentencing Memorandum [ECF No. 42] |

United States of America, through the United States Attorney, Jason M. Frierson, and the undersigned Assistant United States Attorney, Daniel J. Cowhig, respectfully submits this Index of Exhibits to ECF No. 43, United States' Response to Defendant Stephon Whitney's Sentencing Memorandum on the Four-Level Enhancement Under § 2K2.1(b)(6)(B) [ECF No. 41] and Supplemental Sentencing Memorandum [ECF No. 42].

Index of Exhibits

A. Amended Judgment in *Nevada v. Whitney*, Las Vegas Justice Court Dept 11, Case No. 17F06735X

B. Probable Cause Arrest Documents, Criminal Complaint, Minute Order at Initial Appearance, Judgment of Conviction and previous Register of Actions

C. Motion to Amend the Judgment

D. Minute Order Amending the Judgment to "Loiter in or about public toilet for lewd, lascivious or unlawful act [53148]"

E. Minute Order Amending the Judgment to "loitering about a school or public place."

Respectfully submitted this November 4, 2022.

                                                    JASON M. FRIERSON
                                                  United States Attorney

                                                  *//s// Daniel J Cowhig*
                                                  DANIEL J. COWHIG
                                                  Assistant United States Attorney