Exhibit A

Amended Judgment in *Nevada v. Whitney*,
Las Vegas Justice Court Dept 11, Case No. 17F06735X

**JUSTICE COURT, LAS VEGAS TOWNSHIP**
**CLARK COUNTY REGIONAL JUSTICE CENTER**
**200 LEWIS AVENUE**
**LAS VEGAS, NEVADA 89101**
**COURT 128**

## DISPOSITION NOTICE AND JUDGMENT

**Court Case Number: 17F06735X**

| | |
|---|---|
| State of Nevada vs. WHITNEY, STEPHON | ID#: 2647736 |
| AKA: WHITNEY, STEPHON | Arrest Date: 4/14/2017 |
| Citation: | Submit Date: 9/22/2022 |
| Department: 11 | Disposition Date: 9/21/2022 |

**Sentencing Information**

**001  Loiter in or about public toilet for lewd, lascivious or unlawful act [53148]  (4/14/2017) (M)**
    PCN/SEQ: 0025681210 001

   Filed As:    Possess schedule I, II, III or IV controlled substance, first or second offense [51127]  (F)

Plea: Nolo Contendere (9/21/2022)         Disp: Guilty as Amended (9/21/2022)

**Misdemeanor Sentence**                                                                                9/21/2022

Credit for Time Served

_____
Justice Of The Peace

# REGISTER OF ACTIONS
## CASE NO. 17F06735X

| | | | |
|---|---|---|---|
| State of Nevada vs. WHITNEY, STEPHON | § § § § § | Case Type: | Felony |
| | | Date Filed: | 04/18/2017 |
| | | Location: | JC Department 11 |

### PARTY INFORMATION

**Defendant**   WHITNEY, STEPHON  *AKA*  WHITNEY, STEPHON JAMES

**Lead Attorneys**
Yi Lin Zheng, ESQ
 *Retained*
702-385-7170(W)

**State of Nevada**   State of Nevada

### CHARGE INFORMATION

**Charges: WHITNEY, STEPHON**                                                                   Statute      Level              Date
1.   Loiter about school/place children congregate [53176]                        207.270      Misdemeanor    04/14/2017

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

04/19/2017 | **Plea** (Judicial Officer: Goodman, Eric)
1. Loiter about school/place children congregate [53176]
Guilty

04/19/2017 | **Disposition** (Judicial Officer: Goodman, Eric)
1. Loiter about school/place children congregate [53176]
Guilty of Lesser Offense

04/19/2017 | **Misdemeanor Sentence** (Judicial Officer: Goodman, Eric)
1. Loiter about school/place children congregate [53176]

09/21/2022 | **Amended Plea** (Judicial Officer: Goodman, Eric) Reason: Court Ordered
1. Loiter about school/place children congregate [53176]
Nolo Contendere

09/21/2022 | **Amended Disposition** (Judicial Officer: Goodman, Eric) Reason: Court Ordered
1. Loiter about school/place children congregate [53176]
Guilty as Amended

09/21/2022 | **Amended Misdemeanor Sentence** (Judicial Officer: Goodman, Eric) Reason: Court Ordered
1. Loiter about school/place children congregate [53176]

  Condition - Adult:
    1. Credit for Time Served, 09/21/2022, Satisfied 09/21/2022

**OTHER EVENTS AND HEARINGS**

04/14/2017 | **Standard Bail Set**
*Ct1: $3000 Cash/$3000 Surety*

04/14/2017 | **CTRACK Track Assignment JC11**

04/15/2017 | **48 Hour Probable Cause Review**  (7:20 AM) (Judicial Officer Kern, Rebecca)
Result: Signing Completed

04/15/2017 | **Probable Cause Found**

04/15/2017 | **Bail Reset - Cash or Surety**
*Counts: 001 - $0.00/$0.00 Total Bail SET IN COURT*

04/15/2017 | **Probable Cause Arrest Documents**

04/15/2017 | **Bail Set - No Bail**
*Ct1: $0 Cash/$0 Surety Set in Court*

04/17/2017 | **CTRACK Case Modified**
*Jurisdiction/DA;*

04/18/2017 | **Criminal Complaint**

04/19/2017 | *CANCELED*  **72 Hour Hearing**  (7:30 AM) (Judicial Officer Goodman, Eric)
*Vacated*
IN CUSTODY

04/19/2017 | **Initial Appearance**  (7:30 AM) (Judicial Officer Goodman, Eric)

| | |
|---|---|
| | *In Custody* |
| 04/19/2017 | Result: Matter Heard<br>**Initial Appearance Completed**<br>*Advised of Charges on Criminal Complaint, Waives Reading of Criminal Complaint* |
| 04/19/2017 | **Public Defender Appointed** |
| 04/19/2017 | **Bail Stands - Cash or Surety**<br>*Counts: 001 - $0.00/$0.00 Total Bail* |
| 04/19/2017 | **Minute Order - Department 11** |
| 04/19/2017 | **Judgment Entered** |
| 04/19/2017 | **Case Closed - Court Order** |
| 04/19/2017 | **Notice of Disposition and Judgment** |
| 09/14/2022 | **Motion**<br>*MOTION TO AMEND JUDGMENT* |
| 09/21/2022 | **Motion**  (7:30 AM) (Judicial Officer Goodman, Eric)<br>*No bail posted*<br><br>Result: Matter Heard |
| 09/21/2022 | **Side Bar Conference Held** |
| 09/21/2022 | **Motion**<br>*By defense to amend the judgement to a loitering charge-no objection by the State-Motion is granted* |
| 09/21/2022 | **Judgment Entered** |
| 09/21/2022 | **Minute Order - Department 11** |
| 09/21/2022 | **Amended Minute Order - Department 11** |
| 09/22/2022 | **Notice of Disposition and Judgment** |