Exhibit B

Probable Cause Arrest Documents, Criminal Complaint, Minute Order at Initial Appearance, Judgment of Conviction and previous Register of Actions

# LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## TEMPORARY CUSTODY RECORD

Page 1 of 1

DATE OF ARREST: 4/14/17  TIME OF ARREST: 1653

INTAKE NAME (AKA, ALIAS, ETC.): Last: WHITNEY   First: STEPHON   Middle: 

I.D. #: 2647736   Event #: 170414-3090

ADDRESS   NUMBER & STREET: 2881 N RANCHO   BLDG/APT. #: 2075   CITY: NORTH LAS VEGAS

TRUE NAME: Last: WHITNEY   First: STEPHON   Middle: JAMES

I.D. ESTAB. BY: SCOPE

DATE OF BIRTH: [redacted]   RACE: B   SEX: M   HEIGHT: 5'10   WEIGHT: 160   HAIR: BLA   EYES: BRO

Speak English? ☒Yes ☐No

PLACE OF BIRTH: STATE: NV   ZIP: 89136

LOCATION OF CRIME: LAS VEGAS BLVD / FASHIONS SHOW DR   LV,NV 89109

SOCIAL SECURITY #: [redacted]   LOCATION OF ARREST: S/A   Sector/Beat: A2   PCN #:

| BKG CODE | CHARGE ORD/NRS # | | | M | GM | F | ARR TYPE* | EVENT NUMBER | WARR/NCIC NUMBER | LV | JC | DC | OTHER | OTHER COURT: | APPROVAL CONTROL # FOR ADDITIONAL CHARGES: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51127 | POSS SCH I OR II OR CON'T SUBSTANCE COCAINE | NRS 453.336.2A/BAIL 9000 | | ☐ | ☐ | ☒ | PC | — | 17M053586X | ☒ | ☒ | ☐ | ☐ | ☐ | |
| 50635 | DUI 1st / ST FEL | NRS 200.485, 1A/BAIL 3000 | | ☒ | ☐ | ☐ | BW | SA170414-3090 | 17M053586X | ☒ | ☒ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | ☐ | ☐ | ☐ | |

DNS

ARREST TYPE:
PC — PROBABLE CAUSE   BS — BONDSMAN SURRENDER   BW — BENCH WARRANT   WA — WARRANT   RM — REMAND   GJI — GRAND JURY IND.

Arresting Officer's Signature  CHAMBLISS 15330 / LVMPD
(Print Name)   P #   Agency

Transporting Officer's Signature
(Print Name)   P #   Agency

☒ FOR PROBABLE CAUSE
☒ BENCH WARRANT SERVED ON 4/14/17 @ VEGAS JUSTICE
☐ WARRANT SERVED ON 4/15/17 @ 5:AM
☐ GRAND JURY INDICTMENT SERVED ON
☐ TYPE OF I.D. FOR VERIFICATION

FIRST APPEARANCE:   DATE: APR 15 2017   TIME: 2:30 pm

COURT:
☒ JUSTICE
☐ MUNICIPAL
☐ JUVENILE

☒ STANDARD BAIL
☐ O.R. RELEASE
☒ PROBABLE CAUSE
☐ IAD

JUDGE:

Time Stamp at BOOKING: 04-14-17 23:00 DSD RECORDS

PC17-06735X
PCAP
Probable Cause Arrest Documents
7873621

P#:

LVMPD 22 (REV. 3-05)   (2) COURT · ORIGINAL

DNA NOT REQ'D —
170414-3090

THUMBS I.N —
9999 to 2647736

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
# DECLARATION OF ARREST

"Click here to add/edit Event# and ID# on all pages"

Event #: LLV170414003090
I.D. #: 2647736

*"PRINT"*

True Name: **WHITNEY, STEPHON**  Date of Arrest: 04/14/17  Time of Arrest: 1853

OTHER CHARGES RECOMMENDED FOR CONSIDERATION:
Other Charges

THE UNDERSIGNED MAKES THE FOLLOWING DECLARATIONS SUBJECT TO THE PENALTY FOR PERJURY AND SAYS: That I am a peace officer with the Las Vegas Metropolitan Police Department, Clark County, Nevada, being so employed for a period of 1.5 yrs.

That I learned the following facts and circumstances which lead me to believe that the above named subject committed (or was committing) the offense(s) of PCS - Cocaine at the location of Las Vegas Blvd / Fashion Show Dr Las Vegas NV 89109, and that the offense(s) occurred at approximately 1853 hours on the 14 day of April, 2017, in the:

[X] County of Clark      [ ] City of Las Vegas

DETAILS FOR PROBABLE CAUSE:
BWC Available

On 04/14/17 at 1846 hours I, Officer J. Chambliss P# 15336 operating as marked patrol unit 8M71, was conducting patrol in the area of Las Vegas Blvd and Convention Center Dr. While on patrol I witnessed a gold Chevy Malibu traveling southbound on Las Vegas Blvd with no license plate. I conducted a vehicle stop at Fashion Show Dr and Las Vegas Blvd in Las Vegas NV 89109. The driver of the vehicle verbally identified himself as Whiney, Stephon DOB _____ Whitney's identity was confirmed through Scope. A records check was performed on Whitney and he was found to have an electronically confirmed warrant out of Las Vegas Justice Court for Dom Battery, 1st NRS 200.485.1 with a bail of $3000.00. Whitney was placed under arrest for his outstanding warrant.

During search incident to arrest Officer A. Frazier P# 9152 was searching through Whitney's clothes. Officer Frazier lifted Whitney's right foot up to take Whitney's sock off. While taking Whitney's sock off a one inch by one inch clear plastic baggie fell onto the street. Inside the baggie were small white rocks with white a powdery substance surrounding it. Through my training and experience I immediately recognized the substance to be cocaine. The baggie was picked up and held as evidence. Miranda was read at 2129 hours from a yellow LVMPD 148 Miranda card to which Whitney stated "Yeah" to understanding his rights. Whitney declined to comment on the substance and to whether or not it was cocaine.

Upon arriving at CCDC, the white powdery substance was tested in a sterile environment, while wearing blue nitrile plastic

Wherefore, Declarant prays that a finding be made by a magistrate that probable cause exists to hold said person for preliminary hearing (if charges are a felony or gross misdemeanor) or for trial (if charges are misdemeanor).

Declarant must sign all page(s) with an original signature.

J. CHAMBLISS
Print Declarant's Name

Declarant's Signature      15336   P#

LVMPD 22A (Rev. 7/12) WORD 2010      (1) ORIGINAL - COURT

gloves, inside CCDC. The Cocaine (904B) ODV test was conducted, yielding a positive result for cocaine. The cocaine was weighed and amounted to .9g gross weight. The test was conducted by Officer T. Gower P# 15490 who was certified in ODV testing in February of 2016, and was witnessed by Officer Chambliss who was certified in ODV testing in September of 2015. The narcotic substance was impounded as evidence at CCAC.

Due to the above facts and circumstances, it was be determined that Whitney did knowingly and intentionally possess, either actually or constructively, a controlled substance in violation of NRS 453.336.

Whitney was transported and booked into CCDC without incident for PCS – Cocaine (NRS 453.336) and his outstanding warrant.

Declarant must sign all page(s) with an original signature.

J. CHAMBLISS
*Print Declarant's Name*

*Declarant's Signature*   15536   *P#*

# LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## ARREST REPORT

| ☐ City | ☒ County | ☒ Adult | ☐ Juvenile | Sector/Beat M2 |

| ID/EVENT# | ARRESTEE'S NAME (Last) | (First) | (Middle) | S.S.# |
|---|---|---|---|---|
| 2647736 | Whitney | Stephon | | |

| ARRESTEE'S ADDRESS | (Number, Street, City, State, Zip Code) |
|---|---|
| | 2881 N Rancho #2075 North Las Vegas NV 89130 |

**CHARGES**
PCS - Cocaine

| OCCURRED | DATE | DAY OF WEEK | TIME | LOCATION OF ARREST (Number, Street, City, State, Zip Code) |
|---|---|---|---|---|
| | 04/14/17 | Friday | 1853 | Las Vegas Blvd / Fashion Show Dr Las Vegas Nv 89109 |

| RACE | SEX | D.O.B. | HT. | WT. | HAIR | EYES | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|
| B | M | | 5'10 | 170 | Bla | Bro | Las Vegas, NV |

| ARRESTING OFFICER #1: | P#: | ARRESTING OFFICER #2: | P#: |
|---|---|---|---|
| J. Chambliss | 15336 | | |

| CONNECTING REPORTS (Type or Event Number) |
|---|
| TCR, DOC, RFP, Wit List, ODV Checklist, Vehicle Tow Sheet LLV170414003090 |

APPROVED BY (PRINTED NAME): _____

**CIRCUMSTANCES OF ARREST:**

Officers Involved:

1. J. Chambliss P# 15336 – 8M71
2. A. Frazier P#9152 – 3PT80
3. T. Gower P# 15490 – 8M72

Property Impounded:

1. .9g gross weight ODV positive cocaine

Vehicles Involved:

1. Gold Chevy Malibu - VIN – 1G1ZT52835F279410

Details:

BWC Available

On 04/14/17 at 1846 hours I, Officer J. Chambliss P# 15336 operating as marked patrol unit 8M71, was conducting patrol in the area of Las Vegas Blvd and Convention Center Dr. While on patrol I witnessed a gold Chevy Malibu traveling southbound on Las Vegas Blvd with no license plate. I conducted a vehicle stop at Fashion Show Dr and Las Vegas Blvd in Las Vegas NV 89109. The driver of the vehicle verbally identified himself as Whiney, Stephon DOB████████. Whitney's identity was confirmed through Scope. A records check was performed on Whitney and he was found to have an electronically confirmed warrant out of Las Vegas Justice Court for Dom Battery, 1st NRS 200.485.1 with a bail of $3000.00. Whitney was placed under arrest for his outstanding warrant.

LVMPD 602 (Rev. 5/19/11) WORD 2010

During search incident to arrest Officer A. Frazier P# 9152 was searching through Whitney's clothes. Officer Frazier lifted Whitney's right foot up to take Whitney's sock off. While taking Whitney's sock off a one inch by one inch clear plastic baggie fell onto the street. Inside the baggie were small white rocks with white a powdery substance surrounding it. Through my training and experience I immediately recognized the substance to be cocaine. The baggie was picked up and held as evidence. Miranda was read at 2129 hours from a yellow LVMPD 148 Miranda card to which Whitney stated "Yeah" to understanding his rights. Whitney declined to comment on the substance and to whether or not it was cocaine.

Upon arriving at CCDC, the white powdery substance was tested in a sterile environment, while wearing blue nitrile plastic gloves, inside CCDC. The Cocaine (904B) ODV test was conducted, yielding a positive result for cocaine. The cocaine was weighed and amounted to .9g gross weight. The test was conducted by Officer T. Gower P# 15490 who was certified in ODV testing in February of 2016, and was witnessed by Officer Chambliss who was certified in ODV testing in September of 2015. The narcotic substance was impounded as evidence at CCAC.

Due to the above facts and circumstances, it was be determined that Whitney did knowingly and intentionally possess, either actually or constructively, a controlled substance in violation of NRS 453.336.

Whitney was transported and booked into CCDC without incident for PCS – Cocaine (NRS 453.336) and his outstanding warrant.

JUSTICE COURT, LAS VEGAS TOWNSHIP
CLARK COUNTY, NEVADA

FILED
2017 APR 18  A 9: 26
JUSTICE COURT
LAS VEGAS NEVADA
BY_____JW_____ DEPUTY

THE STATE OF NEVADA,

    Plaintiff,

-vs-

STEPHON WHITNEY, aka,
Stephon James Whitney #2647736,

    Defendant.

CASE NO: 17F06735X
DEPT NO: 11

CRIMINAL COMPLAINT

The Defendant above named having committed the crime of POSSESSION OF CONTROLLED SUBSTANCE (Category E Felony - NRS 453.336 - NOC 51127), in the manner following, to-wit: That the said Defendant, on or about the 14th day of April, 2017, at and within the County of Clark, State of Nevada, did willfully, unlawfully, feloniously, and knowingly or intentionally possess a controlled substance, to wit: Cocaine.

All of which is contrary to the form, force and effect of Statutes in such cases made and provided and against the peace and dignity of the State of Nevada. Said Complainant makes this declaration subject to the penalty of perjury.

                                          /s/ M. Carroll
04/17/17

17F06735X/lal
LVMPD EV# 1704143090
(TK11)

17F06735X
CRM
Criminal Complaint
7881711

W:\2017\2017F\067\35\17F06735-COMP-001.DOCX

# Justice Court, Las Vegas Township
# Clark County, Nevada

**Court Minutes**

Department: 11

L007890142

| 17F06735X | State of Nevada vs. WHITNEY, STEPHON | Lead Atty: Public Defender |
|---|---|---|
| 4/19/2017 7:30:00 AM   Initial Appearance (In Custody) | | Result: Matter Heard |

| PARTIES PRESENT: | State Of Nevada Attorney | Einhorn, Kelsey Lisk, Steven |
|---|---|---|
| | Defendant | WHITNEY, STEPHON |

| Judge: | Goodman, Eric |
|---|---|
| Court Reporter: | Smith, Patsy |
| Court Clerk: | Contreras, Chrystina |

## PROCEEDINGS

| Attorneys: | Lisk, Steven | WHITNEY, STEPHON | Added |
|---|---|---|---|
| | Public Defender | WHITNEY, STEPHON | Added |

| Events: | **Initial Appearance Completed** |
|---|---|
| | *Advised of Charges on Criminal Complaint, Waives Reading of Criminal Complaint* |
| | **Public Defender Appointed** |
| | **Bail Stands - Cash or Surety** |
| | Counts: 001 - $0.00/$0.00 Total Bail |
| | **Judgment  Entered** |
| | **Case Closed - Court Order** |

| Charges: | **Amended: 001: Possess drug not to be introduced into interstate commerce** | Per Negotiations |
|---|---|---|

| Plea/Disp: | **001: Poss drug not for i-state commerce [51366]** |
|---|---|
| | Plea: Guilty |
| | Disposition: Guilty of Lesser Offense |
| | Sentence: Misdemeanor Sentence |
| | Sentence To CCDC: |
| | Remand Term: 0 Months 60 Days    Concurrent Case #: with any other case |
| | CTS: 6 Specific Days |

---

Las Vegas Justice Court: Department 11

Case 17F06735X Prepared By: ContrerC

LVJC_RW_Criminal_MinuteOrderByEventCode

4/19/2017 12:59 PM

```
C5082421                                                             PAGE:    74
J5082421-REPORT 2A                                                   04/19/2017
                        JUSTICE COURT, LAS VEGAS TOWNSHIP
                       CLARK COUNTY REGIONAL JUSTICE CENTER
                                200 LEWIS AVENUE
                            LAS VEGAS, NEVADA  89101
                                   COURT 128
                         DISPOSITION NOTICE AND JUDGMENT

                          CASE NUMBER - 17F06735X

       STATE VS: WHITNEY, STEPHON JAMES              ID #: 02647736

            AKA: WHITNEY, STEPHON                    DR NUMBER:

     START DATE: 04/14/2017

    ARRESTED BY: CHAMBLISS, JACOB ALEXANDER     ARREST DATE: 04/14/2017

   SUBMITTED BY: NO SUBMITTING OFFICER          SUBMIT DATE: 04/14/2017

     PROSECUTOR: KELSEY EINHORN                  DISPO DATE: 04/19/2017


   001      CHARGE: 453.336.2A    F POSS SCH I, II, III, IV C/S, (1ST/2ND)
       DISPOSITION: ---GUILTY--- M POSS DRUG NOT FOR I-STATE COMMERCE

          SENTENCED: 04/19/2017
                     FINED: $   0          EXCUSED: $    0
                     JAIL TIME:  MOS         DAYS  60  HRS      CONS/CONC: CONCURRENT
                     CTS      :  MOS         DAYS 006  HRS
                     COMM SERV: DAYS         HRS         MIN
                     RESTITUTION: $     0  CONTRIBUTION: $   0  DRUG FEE: $    0
                     EDUCATION:

                     NONE
                     CONCURRENT WITH ANY OTHER CASE.

           CITATION: 1704143090     PCN: 0025681210    SEQ: 001
```

                                                    _[signature]_
                                            _____
                                            JUSTICE OF THE PEACE - DEPT. 11

Skip to Main Content  Logout  My Account  Search Menu  New Criminal Search  Refine Search  Back     Location : Justice Court  Images Help

# REGISTER OF ACTIONS
## CASE NO. 17F06735X

State of Nevada vs. WHITNEY, STEPHON

| | |
|---|---|
| Case Type: | Felony |
| Date Filed: | 04/18/2017 |
| Location: | |
| Case Number History: | PC17F06735X |
| | 17F06735X |
| ITAG Booking Number: | 1700147748 |
| ITAG Case ID: | 1873274 |
| Metro Event Number: | 1704143090 |
| Other Agency Number: | 1704143090 |
| | 1700147748 |
| | 1873274 |

## PARTY INFORMATION

**Defendant**  WHITNEY, STEPHON    DOB: 05/23/1990

**Lead Attorneys**
Public Defender
*Public Defender*
702-455-4685(W)

**State of Nevada**  State of Nevada

## CHARGE INFORMATION

| Charges: WHITNEY, STEPHON | Statute | Level | Date |
|---|---|---|---|
| 1. Poss drug not for i-state commerce [51366] | 454.351 | Misdemeanor | 04/14/2017 |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

04/19/2017 | Plea (Judicial Officer: Goodman, Eric)
   1. Poss drug not for i-state commerce [51366]
      Guilty

04/19/2017 | Disposition (Judicial Officer: Goodman, Eric)
   1. Poss drug not for i-state commerce [51366]
      Guilty of Lesser Offense

04/19/2017 | Misdemeanor Sentence (Judicial Officer: Goodman, Eric)
   1. Poss drug not for i-state commerce [51366]

**OTHER EVENTS AND HEARINGS**

04/14/2017 | Standard Bail Set
   Ct1: $3000 Cash/$3000 Surety
04/14/2017 | CTRACK Track Assignment JC11
04/15/2017 | 48 Hour Probable Cause Review  (7:20 AM) (Judicial Officer Kern, Rebecca)
   Result: Signing Completed
04/15/2017 | Probable Cause Found
04/15/2017 | Bail Reset - Cash or Surety
   Counts: 001 - $0.00/$0.00 Total Bail SET IN COURT
04/15/2017 | Probable Cause Arrest Documents
04/15/2017 | Bail Set - No Bail
   Ct1: $0 Cash/$0 Surety Set in Court
04/17/2017 | CTRACK Case Modified
   Jurisdiction/DA;
04/18/2017 | Criminal Complaint
04/19/2017 | CANCELED  72 Hour Hearing  (7:30 AM) (Judicial Officer Goodman, Eric)
   Vacated
   IN CUSTODY
04/19/2017 | Initial Appearance  (7:30 AM) (Judicial Officer Goodman, Eric)
   In Custody
   Parties Present
   Result: Matter Heard
04/19/2017 | Initial Appearance Completed
   Advised of Charges on Criminal Complaint, Waives Reading of Criminal Complaint
04/19/2017 | Public Defender Appointed
04/19/2017 | Bail Stands - Cash or Surety
   Counts: 001 - $0.00/$0.00 Total Bail
04/19/2017 | Minute Order - Department 11
04/19/2017 | Judgment Entered
04/19/2017 | Case Closed - Court Order