Exhibit C

Motion to Amend the Judgment

Case 2:21-cr-00002-JAD-NJK   Document 44-3   Filed 11/04/22   Page 2 of 3

Las Vegas Justice Court
Electronically Filed
9/14/2022 5:07 PM
Melissa Saragosa
CLERK OF THE COURT

**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, Nevada 89102-0168
Phone: (702) 385-7170
VegasGoldenLaw@gmail.com
Attorney for Defendant
STEPHON WHITNEY

**JUSTICE COURT, LAS VEGAS TOWNSHIP**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| STATE OF NEVADA, | Case No.: 17F06735X |
| Plaintiff, | Dept. No.: 11 |
| vs. | |
| STEPHON WHITNEY, | |
| Defendant. | |

**MOTION TO AMEND JUDGMENT**

COMES NOW the defendant, STEPHON WHITNEY, by and through his attorney, YI LIN ZHENG, ESQ. and requests this Honorable Court to place the above-entitled case on calendar for the purposes of amending the disposition and judgement notice to a conviction of loitering in a public place for an unlawful purpose, pursuant to NRS 207.270, by agreement of the parties in this matter.

DATED this 14th day of September, 2022.

*/s/ Yi Lin Zheng*

_____
YI LIN ZHENG, ESQ.

# NOTICE OF MOTION

It is hereby ordered that the time for the hearing on the foregoing motion will be heard on the __21st__ **day of September, 2022, at the hour of 7:30 a.m.** in above-referenced court.

DATED this 14th day of September, 2022.

/s/ Vanessa Serrano
───────────────────────
CLERK OF THE COURT

# MEMORANDUM OF POINTS AND AUTHORITIES

This Motion to Amend Judgment is filed pursuant to NRS Chapter 176, which allow judgments, orders or other parts of the record and errors in the record arising from oversight or omission may be corrected by the court at any time and after such notice, if any, as the court orders.[1] This pleading is based upon the papers and pleadings on file and any evidence or argument heard at the time of the hearing on this matter.

# CERTIFICATE OF SERVICE

SERVICE via E-Mail of the Defendant's MOTION TO AMEND JUDGMENT is hereby effectuated on this 14th day of September, 2022, via the following email:

Motions@ClarkCountyDA.com

*/s/ Yi Lin Zheng*
───────────────────────
An Employee of Vegas Golden Law

---

[1] See NRS 176.565