Exhibit D

Minute Order Amending the Judgment to
"Loiter in or about public toilet for lewd, lascivious or unlawful act [53148]"

**JUSTICE COURT, LAS VEGAS TOWNSHIP**
**CLARK COUNTY REGIONAL JUSTICE CENTER**
**200 LEWIS AVENUE**
**LAS VEGAS,NEVADA 89101**
**COURT 128**

**DISPOSITION NOTICE AND JUDGMENT**

**Court Case Number: 17F06735X**

| | |
|---|---|
| State of Nevada vs. WHITNEY, STEPHON | ID#: 2647736 |
| AKA: WHITNEY, STEPHON | Arrest Date: 4/14/2017 |
| Citation: | Submit Date: 9/22/2022 |
| Department: 11 | Disposition Date: 9/21/2022 |

**Sentencing Information**

**001   Loiter in or about public toilet for lewd, lascivious or unlawful act [53148]  (4/14/2017) (M)**
**PCN/SEQ: 0025681210 001**

Filed As:        Possess schedule I, II, III or IV controlled substance, first or second offense [51127]  (F)

Plea: Nolo Contendere (9/21/2022)                    Disp: Guilty as Amended (9/21/2022)

**Misdemeanor Sentence**                                                        9/21/2022

Credit for Time Served

_____

Justice Of The Peace