Exhibit E

Minute Order Amending the Judgment to "loitering about a school or public place."

# Justice Court, Las Vegas Township
# Clark County, Nevada

## Amended Court Minutes

Department: 11



| | | |
|---|---|---|
| **17F06735X** | State of Nevada vs. WHITNEY, STEPHON | Lead Atty: Yi Lin  Zheng, ESQ |
| 9/21/2022 7:30:00 AM  Motion (No bail posted) | | Result: Matter Heard |

**PARTIES PRESENT:**   State Of Nevada — Clemons, Jennifer
Attorney — Zheng, Yi Lin, ESQ

**Judge:** Goodman, Eric
**Court Reporter:** Silvaggio, Rene
**Court Clerk:** Pallan, Jeff

### PROCEEDINGS

**Events:** **Side Bar Conference Held**

**Motion**

*By defense to amend the judgement to a loitering charge-no objection by the State-Motion is granted*

**Judgment Entered**

**Charges:** **Amended: 001: Loiter in or about public toilet for lewd, lascivious or unlawful act**   Court Ordered

**Plea/Disp:** **001: Loiter about school/place children congregate [53176]**

Amended Plea - Court Ordered: Nolo Contendere

Amended Disposition - Court Ordered: Guilty as Amended

Amended Sentence - Court Ordered: Misdemeanor Sentence

Credit for Time Served    9/21/2022 -    Satisfied (9/21/2022)