# Exhibit List

*United States of America v. Stephon James Whitney*, 2:21cr2-JAD-NJK

Sentencing Exhibits on behalf of the United States

| O | A | Identification | | Description |
|---|---|---|---|---|
| | | No. | Witness | |
| | 11/7 | 1 | J. Costello | Declaration of Arrest Report (DOAR), Las Vegas Metropolitan Police Department (LVMPD) Event No. LLV200900007194, Sept. 2, 2020 (ECF No. 36, Ex C) |
| | ↓ | 2 | ↓ | LVMPD Property Report, Search Warrant in Event No. LLV200900007194 (ECF No. 41, Ex A) |
| | | 3 | | Image 000452_2368514-0029_1 (ECF No 36, Ex D) |
| | | 4 | | Image 000452_2368514-0030_1 (ECF No 36, Ex D) |
| | | 5 | | Image 000452_2368514-0031_1 (ECF No 36, Ex D) |
| | | 6 | | Image 000452_2368514-0032_1 (ECF No 36, Ex D) |
| | | 7 | | Image 000452_2368514-0033_1 (ECF No 36, Ex D) |
| | | 8 | | Image 000452_2368514-0034_1 (ECF No 36, Ex D) |
| | | 9 | | Image 000452_2368514-0051_1 (ECF No 36, Ex D) |
| | | 10 | | Image 000452_2368514-0052_1 (ECF No 36, Ex D) |
| | | 11 | | Image 000452_2368514-0053_1 (ECF No 36, Ex D) |
| | | 12 | | Image 000452_2368514-0059_1 (ECF No 36, Ex D) |
| | | 13 | | Image 000452_2368514-0060_1 (ECF No 36, Ex D) |
| | | 14 | | Image 000452_2368514-0062_1 (ECF No 36, Ex D) |
| | | 15 | | Image 000452_2368514-0028_1 (ECF No 36, Ex D) |
| | | 16 | | Image 000452_2368514-0070_1 (ECF No 36, Ex D) |
| | | 17 | | Image 000452_2368514-0069_1 (ECF No 36, Ex D) |
| | ↓ | 18 | ↓ | Transcript of Sept. 3, 2020, Voluntary Statement of Stephon Whitney (ECF No 36, Ex E; ECF No. 41, Ex F) |