YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
VegasGoldenLaw@gmail.com
Attorney for Defendant
Stephon Whitney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHON WHITNEY,<br><br>Defendant. | Case No. 21-cr-0002-JAD-NJK<br><br>**SECOND SUPPLEMENTAL SENTENCING MEMORANDUM** |

Yi Lin Zheng, counsel for defendant Stephon Whitney, hereby files this second supplemental sentencing memorandum in conjunction with the sentencing memorandum (ECF #41) and supplemental sentencing memorandum (ECR #42) respectfully requesting a sentence of 28 MONTHS as sufficient, but not greater than necessary to achieve the goals of sentencing.

**SUPPLEMENTAL EXHIBITS IN AID OF SENTENCING**

Attached hereto, please find a list of additional exhibits in support of Mr. Whitney's arguments in mitigation of sentence:

**O.** Letter from C. Fletcher, Unit Manager at Nevada Southern Detention Center, stating Mr. Whitney is a detainee in good standing;

**P.** Certificates of Completion for successfully completing:
- Skillsoft: Receiving Feedback, June 27, 2022;
- Skillsoft: Uncovering and Utilizing Your Talents and Skills, June 27, 2022;
- Skillsoft: Take a Deep Breath and Manage Your Stress; June 27, 2022;

- Skillsoft: Solving Problems: Generating and Evaluating Alternatives, June 27, 2022;
- Skillsoft: Reaching Sound Conclusions, June 27, 2022;
- Skillsoft: Planning an Effective Presentation, June 27, 2022;
- Skillsoft: Making and Carrying Out Tough Decisions, June 27, 2022;
- Skillsoft: The Art of Staying Focus, June 27, 2022;
- Skillsoft: Understanding Unconscious Bias, June 27, 2022;
- Skillsoft: Overcoming Unconscious Bias in the Workplace, June 20, 2022;
- Skillsoft: Overcoming Your Own Unconscious, June 20, 2022;
- Skillsoft: Managing Pressure and Stress to Optimize Your Performance, June 18, 2022;
- Skillsoft: Interaction with Customers, June 16, 2022;
- Skillsoft: Establishing Self-Confidence for Life, June 16, 2022;
- Skillsoft: Ensuring Successful Presentation Delivery, June 15, 2022;
- Skillsoft: Difficult People: Why They Act That Way and How to Deal with Them, June 15, 2022;
- Skillsoft: Cultivating Relationships with Your Peers, June 14, 2022;
- Skillsoft: Choosing and Using the Best Solution, June 14, 2022;
- Skillsoft: Building Your Presentation, June 13, 2022;
- Skillsoft: Become a Great Listener, June 13, 2022;
- Skillsoft: Time Management, June 11, 2022;
- Skillsoft: Substance Abuse Education, June 11, 2022;
- Skill Based Education, June 10, 2022;
- Presentation Skills, June 10, 2022;
- My SWOT – How to Use Your Knowledge, June 9, 2022;
- Identification Package, June 8, 2022;
- Job Readiness, June 8, 2022;
- Healthy Coping Skills, June 7, 2022;
- Health Education, June 6, 2022;
- Financial Literacy; June 6, 2022;
- Family and Community Reunification, June 4, 2022;
- Expectations and Outcomes, June 3, 2022;
- Exercising, June 2, 2022;
- Entrepreneurship, June 2, 2022;
- Contemporary Technology Skills – v2, June 2, 2022;
- Conflict Resolution, June 1, 2022;
- Career Resources, May 31, 2022;
- Basic Education, May 31, 2022;
- Behavior Change, May 31, 2022; and
- Anger Management, May 30, 2022.

DATED: October 31, 2022.

Respectfully submitted,

By:   */s/ Yi Lin Zheng*
      Yi Lin Zheng, NV #10811
      Vegas Golden Law
      Attorney for Stephon Whitney

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Vegas Golden Law and is a person of such age and discretion as to be competent to serve papers. That on the 30th day of November, 2022, she served an electronic copy of this **SECOND SUPPLEMENTAL SENTENCING MEMORANDUM** by electronic service (ECF) to the persons named below:

    JASON FRIERSON
    United States Attorney
    DANIEL COWHIG
    Assistant United States Attorney
    501 Las Vegas Blvd. South
    Suite 1100
    Las Vegas, NV 89101

      */s/ Yi Lin Zheng*
      Employee of Vegas Golden Law