

**Nevada Southern Detention Center**

**PILB Lic #2135B**

Fletcher, C
2190 East Mesquite Ave
Pahrump, NV 89060
Phone: 775-751-4500
Fax: 775-751-8763

**To whom it may concern,**

I am a Unit Manager at Nevada Southern Detention Center in Pahrump, NV. Detainee Whitney, Stephon ID # 26534509 has been in custody since April 2nd 2021. Detainee Whitney is currently a Unit Porter in good standing, and has been working since July 2022. During his detention here he has received one disciplinary for fighting 5/17/21. Currently he is housed in our wellness unit which offers additional programming for detainees that wish to pursue a healthier lifestyle. This unit requires that all detainees participating, refrain from getting any write ups. Since his placement in the unit Detainee Whitney has not received any disciplinary actions against him.

Thank You

Fletcher, C
Unit Manager
Nevada Southern Detention Center
8/24/2022