# Certificate of Completion

**skillsoft®**

Presented To

**STEPHON WHITNEY**

For Successfully Completing
**Skillsoft: Receiving Feedback**

Course Location :
GTL LMS

Completion Date :
June 27, 2022

Skillsoft



# Certificate of Completion

Presented To

## STEPHON WHITNEY

For Successfully Completing

**Skillsoft: Uncovering and Utilizing Your Talents and Skills**

Completion Date :
June 27, 2022

Course Location :
GTL LMS

Skillsoft

# Certificate of Completion

## skillsoft

Presented To

## STEPHON WHITNEY

For Successfully Completing

**Skillsoft: Take a Deep Breath and Manage Your Stress**

Completion Date :
June 27, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

**STEPHON WHITNEY**

*For Successfully Completing*

**Skillsoft: Solving Problems: Generating and Evaluating Alternatives**

*Course Location :*
*GTL LMS*

*Skillsoft*

*Completion Date :*
*June 27, 2022*

# skillsoft®

# Certificate of Completion

Presented To

## STEPHON WHITNEY

For Successfully Completing

**Skillsoft: Reaching Sound Conclusions**

Completion Date :
June 27, 2022

Course Location :
GTL LMS

Skillsoft

**skillsoft**

# Certificate of Completion

Presented To

## STEPHON WHITNEY

*For Successfully Completing*

**Skillsoft: Planning an Effective Presentation**

Course Location :
GTL LMS

Completion Date :
June 27, 2022

*Skillsoft*



# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*

**Skillsoft: Making and Carrying Out Tough Decisions**

Course Location :
GTL LMS

Completion Date :
June 27, 2022

*Skillsoft*

skillsoft

# Certificate of Completion

Presented To

**STEPHON WHITNEY**

For Successfully Completing
**Skillsoft: The Art of Staying Focused**

Completion Date :
June 27, 2022

Course Location :
GTL LMS

Skillsoft

# skillsoft®

# Certificate of Completion

Presented To

## STEPHON WHITNEY

*For Successfully Completing*

**Skillsoft: Understanding Unconscious Bias**

Completion Date :
June 27, 2022

Course Location :
GTL LMS

*Skillsoft*



# Certificate of Completion

*Presented To*

## STEPHON WHITNEY

*For Successfully Completing*

**Skillsoft: Overcoming Unconscious Bias in the Workplace**

Completion Date :
June 20, 2022

Course Location :
GTL LMS

Skillsoft

# Certificate of Completion

*Presented To*

## STEPHON WHITNEY

*For Successfully Completing*

**Skillsoft: Overcoming Your Own Unconscious Biases**

*Completion Date :*
June 20, 2022

*Course Location :*
GTL LMS

*Skillsoft*

**skillsoft®**

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*

**Skillsoft: Managing Pressure and Stress to Optimize Your Performance**

Completion Date :
June 18, 2022

Course Location :
GTL LMS

*Skillsoft*

# skillsoft

# Certificate of Completion

Presented To

**STEPHON WHITNEY**

For Successfully Completing

**Skillsoft: Interacting with Customers**

Completion Date :
June 16, 2022

Course Location :
GTL LMS

Skillsoft

# Skillsoft

# Certificate of Completion

Presented To

## STEPHON WHITNEY

For Successfully Completing

**Skillsoft: Establishing Self-confidence for Life**

Completion Date :
June 16, 2022

Course Location :
GTL LMS

Skillsoft

# Certificate of Completion

## skillsoft

**Presented To**

**STEPHON WHITNEY**

*For Successfully Completing*

**Skillsoft: Ensuring Successful Presentation Delivery**

Completion Date :
June 15, 2022

Course Location :
GTL LMS

*Skillsoft*

# Certificate of Completion

**skillsoft**

*Presented To*

## STEPHON WHITNEY

*For Successfully Completing*

**Skillsoft: Difficult People: Why They Act That Way and How to Deal with Them**

*Completion Date :*
June 15, 2022

*Course Location :*
GTL LMS

*Skillsoft*

# skillsoft®

# Certificate of Completion

Presented To

**STEPHON WHITNEY**

*For Successfully Completing*

**Skillsoft: Cultivating Relationships with Your Peers**

Completion Date :
June 14, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

*Presented To*

## STEPHON WHITNEY

*For Successfully Completing*
**Skillsoft: Choosing and Using the Best Solution**

Completion Date :
June 14, 2022

Course Location :
GTL LMS

*Skillsoft*

**skillsoft**

# Certificate of Completion

Presented To

**STEPHON WHITNEY**

For Successfully Completing
**Skillsoft: Building Your Presentation**

Course Location :
GTL LMS

Skillsoft

Completion Date :
June 13, 2022

# Certificate of Completion

## skillsoft

Presented To

**STEPHON WHITNEY**

For Successfully Completing

**Skillsoft: Become a Great Listener**

Completion Date :
June 13, 2022

Course Location :
GTL LMS

Skillsoft



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*

**Time Management**

*Course Location :*
*GTL LMS*

*Completion Date :*
*June 11, 2022*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## STEPHON WHITNEY

*For Successfully Completing*
**Substance Abuse Education**

*Course Location :*
*GTL LMS*

*Completion Date :*
*June 11, 2022*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*

**Skill Based Education**

Course Location :
GTL LMS

Completion Date :
June 10, 2022

Corrections Rehabilitation Institute



# Certificate of Completion

Corrections Rehabilitation Institute

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*

**Presentation Skills**

*Course Location :*
*GTL LMS*

*Completion Date :*
*June 10, 2022*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## STEPHON WHITNEY

*For Successfully Completing*

**My SWOT - How to use your Knowledge**

*Course Location :*
GTL LMS

*Completion Date :*
June 9, 2022

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## STEPHON WHITNEY

*For Successfully Completing*

**Identification Package**

*Completion Date :*
June 8, 2022

*Course Location :*
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## STEPHON WHITNEY

For Successfully Completing

**Job Readiness**

Completion Date :
June 8, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# CRi
### Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## STEPHON WHITNEY

*For Successfully Completing*

**Healthy Coping Skills**

*Course Location :*
*GTL LMS*

*Completion Date :*
*June 7, 2022*

*Corrections Rehabilitation Institute*



**CRi®**

Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*

**Health Education**

Completion Date :
June 6, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



CRi®

Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*

**Financial Literacy**

*Completion Date :*
June 6, 2022

*Course Location :*
GTL LMS

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## STEPHON WHITNEY

*For Successfully Completing*

**Family and Community Reunification**

Course Location :
GTL LMS

Completion Date :
June 4, 2022

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*
**Expectations and Outcomes**

*Course Location :*
*GTL LMS*

*Completion Date :*
*June 3, 2022*

*Corrections Rehabilitation Institute*



# Certificate of Completion

Corrections Rehabilitation Institute

**Presented To**

**STEPHON WHITNEY**

*For Successfully Completing*
**Exercising**

Completion Date :
June 2, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

### STEPHON WHITNEY

*For Successfully Completing*
**Entrepreneurship**

*Course Location :*
*GTL LMS*

*Completion Date :*
*June 2, 2022*

*Corrections Rehabilitation Institute*



**CRI** ®

Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*

***Contemporary Technology Skills - v2***

*Course Location :*
*GTL LMS*

*Completion Date :*
*June 2, 2022*

*Corrections Rehabilitation Institute*



**CRI**
Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

### STEPHON WHITNEY

*For Successfully Completing*

**Conflict Resolution**

Completion Date :
June 1, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**CRI**

Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*

**Career Resources**

*Completion Date :*
*May 31, 2022*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*
**Basic Education**

Course Location :
GTL LMS

Issued Date :
May 31, 2022

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## STEPHON WHITNEY

*For Successfully Completing*

**Behavior Change**

*Course Location :*
*GTL LMS*

*Completion Date :*
*May 31, 2022*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**STEPHON WHITNEY**

*For Successfully Completing*
**Anger Management**

*Course Location :*
*GTL LMS*

*Completion Date :*
*May 30, 2022*

*Corrections Rehabilitation Institute*