RECEIVED
_____ ENTERED                _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 0 5 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____          DEPUTY

## EXHIBIT LIST

Case No.: 2:21-cr-00002-JAD-NJK                                    Page   1   of

USA v. STEPHON JAMES WHITNEY

Exhibits on behalf of Defendant

| DATE ADMITTED | DATE MARKED | EXHIBIT NUMBE | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 12/5/2022 | 12/5/2022 | A | | Picture of Defendant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



EXHIBIT

Page 1 of 2                                        Event Number: LLV200900007194

### LAS VEGAS METROPOLITAN POLICE DEPARTMENT
### DUPLICATE ORIGINAL SEARCH WARRANT

STATE OF NEVADA          )
                         ) ss:
COUNTY OF CLARK          )

The Stat of Nevada, to any Peace Officer in the County of Clark. Proof having been made before me by Detective/Officer _COSTELLO_ , by oral statement given under oath that there is probable cause to believe that certain evidence, to wit:

1. Any and all firearms, to include but not limited to _9 MM SEMI AUTOMATIC HANDGUNS_
2. All Firearms related accessories to include but not limited to holsters, cleaning kits, gun parts, magazines, and ammunition.
3. Receipts for ammunition, firearms and firearm accessories.
4. An undetermined amount of controlled substance,_____.
5. The Paraphernalia commonly associated with the ingestion and distribution of the controlled substance_____, such as scales, packaging materials, and "cut", grinders, customer and source lists, records of purchases and sales, to include "owe" sheets reflecting transactions in the controlled substance _____
6. An unknown quantity of US Currency which would be proceeds from the sale of a controlled substance _____
( ✓ ) _DNA FROM THE PERSON OF STEPHON WHITNEY DOB 5/33/90_
( ) _____.
( ) _____.
( ✓ ) Articles of personal property which would tend to establish the identity of persons in control of said premises or in control of specific areas within the premises where items set forth above are located such as; canceled mail envelopes, rental agreements and receipts, utility bills, vehicle registration.
( ) Items which tend to show a possessory interest in the items sought such as photographs, undeveloped film, digital media storage devices, diaries or letters.

Are presently located at:

① _1888 WINTERWOOD BLVD LVN 89142 FURTHER DESCRIBED AS A SINGLE STORY DUPLEX THAT IS TAN IN COLOR WITH RED TRIM. THE NUMBERS 1888 ARE AFFIXED TO THE SOUTH FACING WALL IN APPROX 3" HIGH BLACK NUMBERS. THE DOOR IS YELLOW IN COLOR AND ALSO FACES SOUTH_

② _PESON OF STEPHON WHITNEY DOB: ▓▓▓▓/1990 ID# 2647736 BMA APPROX 5'10" 180lbs_

000042

Page 2 of 2                                    Event Number: _LLV20090000794_

And I am satisfied that there is probable cause to believe that said property is located as set forth above and that based upon the oral statement of Detective/Officer _COSTELLO_, that there is sufficient grounds for the issuance of the Search Warrant.

You are hereby commanded to search forthwith said premises for said property, serving this warrant at (any hour of the day or night r between the hours of 0700 hours and 1900 hours), and if the property is there to seize it, prepare a written inventory of the property seized and make a return to me within ten (10) days.

DATED this _2nd_ day of _SEPTEMBER_, 20_20_ at _1811_ hours.

Judge's name (affixed by officers) _A. ZIMMERMAN_.

Signed by_____ √ _COSTELLO_    P# _9139_, acting upon oral authorization of Judge _A ZIMMERMAN_.

Witnessed by _T. BROSNAHAN_    P# _13732_.

Endorsed this _____ day of _____, 20___.


_____
**Judge**
**(TO BE AFFIXED BY JUDGE)**

000043