YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com

Attorney for Stephon Whitney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-002-JAD-NJK |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| STEPHON WHITNEY, | |
| Defendant. | |

Notice is hereby given that STEPHON WHITNEY, the defendant, appeals to the United States Court of Appeals for the Ninth Circuit, from the Judgement of Conviction and Sentence imposed in the above-entitled case on December 5, 2022 (ECF No. 50).

DATED: December 13, 2022.

By: /s/ Yi Lin Zheng
Yi Lin Zheng
Attorney for Stephon Whitney

**SERVICE OF CERTIFICATE**

I certify that, on December 13, 2022, I electronically filed this Notice of Appeal with the Clerk of the Court for the United States District Court for the District of Nevada through the CM/ECF system. Case participants registered to the CM/ECF system will be automatically served by the system. The following non-CM/ECF participants will be served by U.S. mail: Mr. Stephon Whitney.

//s// Andrew Wong
Employee of Vegas Golden Law