UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: _____

Court of Appeals Case Number: _____

Case Caption: _____

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: _____    _____
                                           Signature

                                           _____
                                           Print Name

                                           _____
                                           Appellant/Appellee

# INSTRUCTIONS FOR DESIGNATING TRANSCRIPTS FOR APPEALS AND ORDERING TRANSCRIPTS

### *Designating Transcripts*:

The attached "Designation of Transcripts to be Used in Record on Appeal" form must be prepared for **ALL APPEAL CASES**.

Pursuant to Circuit rule 10-3.1 and 10-3.2 the appellant must coordinate preparation of the designation of transcripts with the appellee. The designation must be filed with the District Court within 30 days from the date of filing a notice of appeal in a civil case and 21 days in a criminal case.

Please note that the designation must be filed even if transcripts are not needed for the appeal. The line "Transcripts are **NOT** required for this appeal" should be used for this purpose.

It is necessary to designate all transcripts needed for the appeal even those which have already been prepared and filed. Please note whether the transcript has been filed in the last column of the designation form.

Electronically file the "Designation of Transcripts to be Used in Record on Appeal" form on the U.S. District Court's electronic filing system.

### *Ordering Transcripts:*

If a designated transcript has not been previously ordered and filed, it is necessary to also order the transcripts separately.  For non-CJA, an "AO 435 Transcript Order" form must be submitted to the court.  For CJA appointed counsel, a "CJA 24 Authorization and Voucher for Payment of Transcript" must be submitted through the court's electronic voucher management system, CJA eVoucher.

Please note that separate transcript order forms must be used for each individual court reporter. One order form may be used for all recorded hearings.

A copy of the "Designation of Transcripts to be Used in Record on Appeal" form should be attached to the transcript order form or uploaded as an attachment to the authorization request in the eVoucher system.

AO 435 (NVD Rev. 08/2022)
Case 2:21-cr-00002-JAD-NJK   Document 52   Filed 12/13/22   Page 3 of 9
United States District Court, District of Nevada
**TRANSCRIPT ORDER**
*Read Instructions attached:*

FOR COURT USE ONLY
DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| | | |

| 4. FIRM NAME |
|---|
| |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| | | | |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM | 12. TO |
| | | | |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY | 15. STATE |
| | | |

| 16. ORDER FOR | | | |
|---|---|---|---|
| APPEAL | CRIMINAL | BANKRUPTCY | OTHER *(Specify)* |
| NON-APPEAL | CIVIL | IN FORMA PAUPERIS | |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested):

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| DETENTION HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY (30-DAY) | | | | PAPER COPY | |
| 14-DAY | | | | E-MAIL | |
| EXPEDITED (7-DAY) | | | | DISK | |
| 3-DAY | | | | PDF FORMAT | |
| DAILY | | | | ASCII FORMAT | |
| HOURLY | | | | KEYWORD INDEX | |
| REALTIME/ROUGH | | | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS |
|---|---|
| 19. SIGNATURE | |
| 20. DATE | NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE. |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| | | |

| | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

AO 435
(NVD Rev. 08/2022)

# INSTRUCTIONS

## DO NOT E-FILE TRANSCRIPT ORDER FORMS

**GENERAL** -

**Use.**  Use this form to order the transcription of proceedings.  Complete a separate order form for each case number for which transcripts are ordered.

**Completion**.  Complete Items 1-20.  Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.**  Keep a copy for your records.

**Submitting to the Court.**  Submit the form in the format required by the court.  See the court's website for e-mail addresses.  E-mail directly to the reporter/recorder for the assigned presiding District Judge.

**Deposit Fee.**  The court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court.  Upon receipt of the deposit, the court will process the order.

**Delivery Time.**  Delivery time is computed from the date of receipt of the deposit fee or for transcripts ordered by the federal government from the date of receipt of the signed order form.

**Completion of Order.**  The court will notify you when the transcript is completed.

**Balance Due.**  If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.


**SPECIFIC** -

| | |
|---|---|
| Items 1-20. | These items should always be completed. |
| Item 9. | Only one case number may be listed per order. |
| Item 16. | Place a "✓" in each box that applies. |
| Item 17. | Place a "✓" in the box for each portion requested.  List specific date(s) of the proceedings for which transcript is requested.  Be sure that the description is clearly written to facilitate processing.  Orders may be placed for as few pages of transcript as are needed. |
| Item 18. | **Categories** - There are 7 categories of transcripts which may be ordered.  These are: |
| | *Ordinary (30-Day)* - A transcript to be delivered within 30 calendar days after receipt of an order.  (Order is considered received upon receipt of the deposit.) |
| | *14-Day* - A transcript to be delivered within 14 calendar days after receipt of an order. |

|  |  |  |
|---|---|---|
| | *Expedited (7-Day)* - | A transcript to be delivered within 7 calendar days after receipt of an order. |
| | *3-Day* - | A transcript to be delivered within 3 calendar days after receipt of an order. |
| | *Daily* - | A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday), prior to the normal opening hour of the clerk's office. |
| | *Hourly* - | A transcript of proceedings to be delivered within 2 hours from receipt of the order. |
| | *Realtime* - | A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. |

**NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days from receipt of the deposit, payment would be at the 14-day *delivery* rate.

**Ordering** - Place an "X" in each box that applies. Indicate the number of additional copies ordered.

|  |  |  |
|---|---|---|
| | *Original* - | Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the copy for the records of the court. |
| | *First Copy* - | First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered. |
| | *Additional Copies* - | All other copies of the transcript ordered by the same party. |
| | *Delivery Instructions* - | Place an "✓" in each box that applies. If ordering multiple formats, there will be an additional copy charge. Provide an e-mail address where electronic e-mail copy should be sent. |

Item 19.  Sign in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.)

Item 20.  Enter the date of signing.

**Shaded Area - Reserved for the court's use only.**

**Note:** If you are CJA appointed counsel, do not use this AO 435 Transcript Order form. You must submit your request through the Court's electronic voucher management system, CJA eVoucher.

**Transcript Orders – Frequently Asked Questions**                                                                                                    Rev. 08/04/2022

1. **How do I order a transcript of a hearing or trial?**

   For CJA appointed attorneys <u>only</u>:  Log into the court's CJA eVoucher system and submit a CJA-24 transcript request form.

   For all other requests:  Obtain a Transcript Order form from the court's website (page 1 of this packet) or from the Clerk's Office in Las Vegas or Reno.  E-mail the completed form to the court reporter.

   Do not e-file the transcript order form on the court's electronic filing system.


2. **Who do I email the transcript order form to?**

   Please refer to the minutes of proceedings on the court docket for the name of the Court Reporter or Electronic Court Recording Operator (ECRO), or if audio digital recording was used (FTR or Liberty).

   a. **Hearings reported by an Official Court Reporter**

      If the hearing was reported by an official court reporter, please email the transcript order form directly to that court reporter.  The Minutes of Proceedings will include the name of the reporter.

      Below are the names and email addresses for each reporter.

      | Official Court Reporters: | Email to: |
      |---|---|
      | Amber McClane | AM@nvd.uscourts.gov |
      | Donna Prather | Donna_Prather@nvd.uscourts.gov |
      | Kathy French | KF@nvd.uscourts.gov |
      | Paige Christian | Paige_Christian@nvd.uscourts.gov |
      | Patricia Ganci | PG@nvd.uscourts.gov |
      | Samantha McNett | SNM@nvd.uscourts.gov |
      | Traci Walker | Traci_Walker@nvd.uscourts.gov |
      | Margaret Griener | Transcript_Orders@nvd.uscourts.gov |
      | Heather Newman | Heather_Newman@ohnd.uscourts.gov |
      | Shayna Montgomery | Transcript_Orders@nvd.uscourts.gov |
      | Felicia Zabin | feliciazabinccr@gmail.com |
      | Katherine Eismann | Eismann.csr@gmail.com |
      | Jan Davis | jbd.davis@gmail.com |

      If the order form includes **multiple proceedings before more than one reporter** or was reported by a **court reporter** whose name is not listed above, please email the transcript order form to Transcript_Orders@nvd.uscourts.gov.

    b. **Hearings electronically recorded by an ECRO or a U.S. Magistrate Judge Courtroom Deputy**

    If the hearing was a digital audio recorded (FTR or Liberty) proceeding before a U.S. Magistrate Judge, please email the transcript order form to the email address that is associated with **the U.S. District Judge that is assigned to the case** (see chart below).

    If the hearing was before a U.S. District Judge and was electronically recorded by an ECRO, please email the transcript order form to the email address that is associated with **the U.S. District Judge that is assigned to the case** (see chart below).

| U.S. District Judge assigned to the case is: | Email transcript order to: |
|---|---|
| Judge Gloria M. Navarro | Transcript_Orders@nvd.uscourts.gov |
| Chief Judge Miranda M. Du | Kathy French at KF@nvd.uscourts.gov |
| Judge Andrew P. Gordon | Paige Christian at Paige_Christian@nvd.uscourts.gov |
| Judge Jennifer A. Dorsey | Amber McClane at AM@nvd.uscourts.gov |
| Judge Richard F. Boulware, II | Patricia Ganci at PG@nvd.uscourts.gov |
| Judge Anne R. Traum | Donna Prather at Donna_Prather@nvd.uscourts.gov |
| Judge Cristina D. Silva | Samantha McNett at SNM@nvd.uscourts.gov |
| Sr. Judge Howard D. McKibben | Kathy French at KF@nvd.uscourts.gov |
| Sr. Judge Larry R. Hicks | Donna Prather at Donna_Prather@nvd.uscourts.gov |
| Sr. Judge Robert C. Jones | Donna Prather at Donna_Prather@nvd.uscourts.gov |
| Sr. Judge Kent J. Dawson | Transcript_Orders@nvd.uscourts.gov |
| Sr. Judge James C. Mahan | Transcript_Orders@nvd.uscourts.gov |

    If there is no U.S. District Judge assigned to the case, please email your transcript order form to Transcript_Orders@nvd.uscourts.gov.

3. **What if I only want a copy of the audio recording?**

    Only proceedings in which the record is taken by an Electronic Court Recording Operator (ECRO) before a District Judge or recorded for a proceeding before a U.S. Magistrate Judge have audio CDs available for purchase. Proceedings taken by Official Court Reporters do not have CD/tape recordings available for sale. An Audio Recording Order form is available on the court's website. The completed form should be e-mailed to Transcripts_Nevada@nvd.uscourts.gov.

4. **Can I order a transcript by phone?**

    No, the Transcript Order form must be completed and returned to the Clerk's Office by e-mail or delivered.

**Transcript Orders – Frequently Asked Questions**                                                        Rev. 08/04/2022

5. **Do you accept transcript orders via fax?**

   No, the court no longer accepts transcript orders via fax. Please email the completed transcript order form.

6. **How much does a transcript cost and how long does it take?**

   The cost of a transcript depends on how quickly you need it and if it has been previously produced or not.

   The following **page rates** have been set by the Judicial Conference of the United States:

| *TYPE OF TRANSCRIPT* | *ORIGINAL* | *1ST Copy to Each Party* | *Each Additional Copy to the Same Party* |
|---|---|---|---|
| *Ordinary Transcript* (30-day)<br>A transcript to be delivered within 30 calendar days after receipt of an order. | $3.65 | $.90 | $.60 |
| **14-Day Transcript**<br>A transcript to be delivered within 14 calendar days after receipt of an order. | $4.25 | $.90 | $.60 |
| *Expedited Transcript* (7 day)<br>A transcript to be delivered within 7 calendar days after receipt of an order. | $4.85 | $.90 | $.60 |
| **3-Day Transcript**<br>A transcript to be delivered within 3 calendar days after receipt of an order. | $5.45 | $1.05 | $.75 |
| *Daily Transcript*<br>A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday), prior to the normal opening hour of the clerk's office. | $6.05 | $1.20 | $.90 |
| **Hourly Transcript**<br>A transcript of proceedings to be delivered within 2 hours from receipt of the order. | $7.25 | $1.20 | $.90 |
| **Realtime Transcript**<br>A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | One feed, [1]$3.05 per page; two-to-four feeds, $2.10 per page; five or more feeds, $1.50 per page. | | |

---

[1] A realtime "feed" is the electronic data flow form the court reporter to the computer of each person or party ordering and receiving the realtime transcription in the courtroom.

7. **How do I know how much to send as a deposit?**

   Once your order is received, an estimate of the total cost will be prepared, and you will be notified by the court reporter or recorder as to how much deposit is needed to start preparing your transcript. A deposit of 75% of the estimated total is required. You will be asked to send the deposit in the form of a check or money order payable directly to the court reporter or a transcription company. The court is unable to accept cash for a transcript.  <u>Transcripts are not started and the time for delivery does not start to run until the deposit has been received</u>.

8. **How will I know when my transcript is completed?**

   When a transcript is complete, the court reporter or transcriber will deliver the transcript as requested in the delivery instructions on the transcript order, along with a bill for the actual cost. Your deposit will have been deducted from the actual cost. You will be asked to pay the balance in the form of a check or money order payable to the court reporter or a transcription company. The court cannot accept cash as payment for a transcript. If your deposit was greater than the actual cost, you will receive a refund check.

9. **When I file the "Designation of Transcripts" form for my appeal, does this automatically order the transcripts I have listed?**

   No, you must also complete and file a Transcript Order form or, if appropriate, a CJA-24 request. The Designation of Transcripts is a document filed in the appeal process, but it does not replace ordering the transcripts with the Transcript Order form.

   <u>Note</u>: For CJA appointed attorneys, please log into the court's CJA eVoucher system and submit a CJA-24 authorization as noted in the first paragraph above under question "1."

10. **Does the court pay for my transcripts when ordered for an appeal?**

    No. Unless otherwise ordered, it is the responsibility of the ordering party to pay for the transcripts to be used in the record on appeal.