UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. STEPHON JAMES WHITNEY, AKA Stef B, AKA Stef Bizzle, AKA Stephone James Whitney, Defendant - Appellant. | No. 22-10326  D.C. No. 2:21-cr-00002-JAD-NJK-1 U.S. District Court for Nevada, Las Vegas  **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., January 3, 2023** | Transcript shall be ordered. |
| **Thu., February 2, 2023** | Transcript shall be filed by court reporter. |
| **Tue., March 14, 2023** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Thu., April 13, 2023** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Aurielle Breanna Trapps
Deputy Clerk
Ninth Circuit Rule 27-7