**FILED**

**DEC 14 2022**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   22-10326 |
| Plaintiff-Appellee, | D.C. No. 2:21-cr-00002-JAD-NJK-1 District of Nevada, Las Vegas |
| v. | |
| STEPHON JAMES WHITNEY, AKA Stef B, AKA Stef Bizzle, AKA Stephone James Whitney, | ORDER |
| Defendant-Appellant. | |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 2) of appellant's appointed counsel, Yi Lin Zheng, Esq., to withdraw as counsel of record and to appoint new counsel, is granted.

The Clerk will electronically serve this order on the appointing authority for the District of Nevada, who will locate appointed counsel.  The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant must designate the reporter's transcript by January 17, 2023.  The transcript is due February 16, 2023.  The opening brief and excerpts of record are

due March 28, 2023; the answering brief is due April 27, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on defendant, and the proof of service must include defendant's current address. *See* 9th Cir. R. 4-1(c).

The Clerk will serve this order on former counsel. Within 14 days of this order, appellee must serve this order on appellant individually and provide this court with proof of service, including appellant's address and registration number.