UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00002-JAD-NJK |
|---|---|
| Plaintiff-Appellee, | USCA Case No. 22-10326 |
| v. | **ORDER APPOINTING COUNSEL** |
| STEPHON JAMES WHITNEY, | |
| Defendant-Appellant. | |

Pursuant to the Order filed December 14, 2022 by the Ninth Circuit Court of Appeals directing the appointment of counsel for Appellant, IT IS HEREBY ORDERED THAT the FEDERAL PUBLIC DEFENDER is appointed to represent STEPHON JAMES WHITNEY for his appeal. Contact information for appellate counsel appears below:

> Jeremy Baron, Assistant Federal Public Defender
> Office of the Federal Public Defender
> 411 E. Bonneville, Suite 250
> Las Vegas, Nevada 89101
> Phone: 702-388-6577
> Email: Jeremy_Baron@fd.org

Former counsel, Yi Lin Zheng, is directed to forward the case file to Mr. Baron forthwith. The Clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this 15th day of December 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE