UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number: 2:21-cr-00002-JAD-NJK-1

Court of Appeals Case Number: 22-10326

Case Caption: USA v. Whitney

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 1/22/2021 | 7 | Initial Appearance/Arraignment & Plea | ECRO | No |
| 1/29/2021 | 16 | Detention Hearing | ECRO | No |
| 6/21/2022 | 37 | Change of Plea | Amber McClane | No |
| 11/7/2022 | 45 | Sentencing and Disposition | Amber McClane | No |
| 12/5/2022 | 48 | Continued Sentencing and Disposition | Amber McClane | No |

Date: 1/5/2023

/s/ Jeremy C. Baron
Signature

Jeremy C. Baron
Print Name

Appellant
Appellant/Appellee