2:21-cr-00002-JAD-NJK-1

ENTERED
COUNSEL/PARTIES OF RECORD
MAY -4 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

Your Honor, at my sentencing hearing you asked my attorney (Yi Lin Zheng) when did my state sentence end and was my state revocation for the same thing/charge I was being sentenced for in your courtroom. Which my attorney clarified that my state sentence had expired before my federal sentencing, and that my state probation was indeed revoked due to my federal charge specifically. Which to my knowledge, is the deciding factor on whether or not I receive time credits from the date of arrest. You ultimately sentenced me to 54 months to run concurrent to my state revocation. Which it says on my JOC. Since you asked for clarification on when the state sentence ended (and it had ended before my sentencing in your court) it appears that you intended for me to get time credit from the date of arrest. Because, if that wasn't your intention, I'm sure you would've simply said my sentence was to run consecutive with the state revocation. To eliminate any confusion.

Here in the Bureau of Prisons, its showing up as a consecutive sentence that began on the day of sentencing. Grand Prairie is saying the Bureau of Prisons has to update them and the Bureau of Prisons is saying it has to be sorted out through Grand Prairie. So my family and I are at a standstill. So is there any way you can submit or send me some sort of clarification on exactly where you intended the 54 month sentence to begin? Please? I've showed them both the JCC and court minutes from sentencing and I'm getting nowhere. I'm forever grateful for your compassion and mercy as it has given me hope. I promise to do everything in my power to not ever again be in your courtroom or any others. Please help me your Honor. I have no other options.
Thank you



Stephan Whitney #26534509
Federal Correctional Institution #1
P.O. Box 5125
Adelanto, CA 92301

Judge (Jennifer A.) Dorsey
X-RAYED U.S. MARSHALS
Honorable Jennifer A. Dorsey
333 S. Las Vegas Blvd.
Las Vegas, Nev
89101

CERTIFIED MAIL
7020 2450 0000 5490 3611