## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No.: 2:21-cr-00002-JAD-NJK-1 |
|---|---|
| Plaintiff/respondent | **Order Directing Response and Setting Briefing Schedule** |
| v. | |
| Stephon James Whitney, | |
| Defendant/petitioner | |

Defendant Stephon James Whitney filed a 28 U.S.C. § 2255 petition, arguing that his sentence should be vacated or reduced. A response from the government appears warranted.

IT IS THEREFORE ORDERED that the government must file a response to Whitney's petition by March 7, 2025. Whitney will then have 21 days from service of the answer to file a reply.

Dated: February 5, 2025

_____
U.S. District Judge Jennifer A. Dorsey